**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| ALEXANDRA DAVIS,<br>    *Plaintiff/Counter-Defendant,*<br><br>vs.<br><br>JERRAL W. JONES, DALLAS COWBOYS FOOTBALL CLUB, LTD., JAMES WILKINSON, TRAILRUNNER INTERNATIONAL, LLC, and DONALD JACK, JR.,<br>    *Defendants/Cross-Plaintiff,*<br><br>vs.<br><br>CYNTHIA DAVIS-SPENCER,<br>    *Third-Party Defendant.* | CIVIL ACTION No. 5:23-cv-00032-RWS<br><br>JURY TRIAL DEMANDED |

**JOINT NOTICE REGARDING PROPOSED PROTECTIVE ORDER**

Pursuant to the Court's instruction at the hearing held on September 13, 2023, the parties file this notice regarding the submission of a proposed protective order. While the parties have conferred and agreed on a number of items concerning the proposed protective order, disputes regarding several items remain unresolved. The parties believe, however, that these disputes may be resolvable through further discussions. To that end, the parties request an additional 10 days to confer regarding their unresolved disputes, at which point the parties will notify the Court whether any disputes remain. If the parties are unable to resolve their disagreements in this 10-day period, they will present the disputed issues to the Court for resolution.

Dated: September 25, 2023

| | |
|---|---|
| FOLSOM ADR PLLC | JACKSON WALKER LLP |
| */s/ David Folsom* | */s/:Charles L. Babcock* |
| David Folsom | Charles L. Babcock |
| State Bar No. 07210800 | State Bar No. 01479500 |
| david@folsomadr.com | cbabcock@jw.com |
| 6002-B Summerfield Dr. | Nancy W. Hamilton |
| Texarkana, TX 75503 | State Bar No. 11587925 |
| (903) 277-7303 | nhamilton@jw.com |
| | 1401 McKinney Street |
| | Suite 1900 |
| | Houston, TX 77010 |
| | (713) 752-4210 |
| | (713) 752-4221 - Fax |
| | |
| | David T. Moran |
| | State Bar No. 14419400 |
| | dmoran@jw.com |
| | Edwin Buffmire |
| | State Bar No. 24078283 |
| | ebuffmire@jw.com |
| | Cody Martinez |
| | State Bar No. 24102146 |
| | cmartinez@jw.com |
| | 2323 Ross Avenue |
| | Suite 600 |
| | Dallas, TX 75201 |
| | (214) 953-6000 |
| | (214) 953-5822 – Fax |

**ATTORNEYS FOR DEFENDANTS JERRAL W. JONES, DALLAS COWBOYS FOOTBALL CLUB, LTD., JAMES WILKINSON, TRAILRUNNER INTERNATIONAL, LLC AND DONALD JACK, JR.**

| | |
|---|---|
| KEIL LAW FIRM, PLLC | BERGMANGRAY LLP |
| */s/ Matt Keil*_____ | */s/ Jay K. Gray*___ |
| Matt Keil | Jay K. Gray |
| TX State Bar No. TX | State Bar No. 08324050 |
| mkeil@kglawfirm.com | gray@bergmangray.com |
| Erin Keil | Andrew A. Bergman |
| TX State Bar No. | TX State Bar No. 02196300 |
| ekeil@kglawfirm.com | bergman@bergmangray.com |
| Hailee Amox | 4514 Travis Street |
| TX State Bar No. 24085176 | Travis Walk, Suite 300 |
| hamox@kglawfirm.com | Dallas, Texas 75205 |
| 406 Walnut Street | Telephone: (214) 528-2444 |
| Texarkana, Arkansas 71854 | Facsimile: (214) 599-0602 |
| Telephone: (870) 772-4113 | |
| Facsimile: (870) 773-2967 | *LEAD COUNSEL* |

**ATTORNEYS FOR PLAINTIFF ALEXANDRA DAVIS**

> BALEKIAN HAYE, PLLC
>
> */s/ Kris Hayes*
> Kris Hayes
> State Bar No. 24031719
> kris@bh-pllc.com
> 4144 N. Central Expy., Suite 1200
> Dallas, Texas 75204
> Telephone: (214) 828-2800
> Facsimile: (214) 827-9671

**ATTORNEYS FOR THIRD PARTY DEFENDANT CYNTHIA DAVIS-SPENCER**

**CERTIFICATE OF SERVICE**

        On September 25, 2023, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. I hereby certify that I will serve all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                      */s/ Edwin Buffmire*
                                      Edwin Buffmire