IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ALEXANDRA DAVIS,<br>    *Plaintiff*,<br><br>vs.<br><br>JERRAL W. JONES, DALLAS COWBOYS FOOTBALL CLUB, LTD., JAMES WILKINSON, TRAILRUNNER INTERNATIONAL, LLC, and DONALD JACK, JR.<br>    *Defendants*. | CIVIL ACTION No. 5:23-cv-00032-RWS |

**ORDER GRANTING DEFENDANTS' PARTIALLY AGREED MOTION FOR CONTINUANCE OF DEFENDANT JACK'S DEPOSITION**

Before the Court is Defendants' Partially Agreed Motion for Continuance of Defendant Jack's Deposition (the "Motion"). Having considered the Motion, response and reply thereto (if any), the Court concludes that the Motion is well taken and should be GRANTED.

It is therefore, ORDERED that Jack's deposition be continued temporarily without conditions to an agreed date.

It is further ORDERED that all depositions in this matter are continued until after the motion to dismiss is argued.

It is further ORDERED that when depositions commence they follow the order as previously agreed by the Parties, specifically: Plaintiff, Wilkinson, TrailRunner, Jack and Jones.