# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

ALEXANDRA DAVIS,
    *Plaintiff,*

vs.

JERRAL W. JONES, DALLAS COWBOYS
FOOTBALL CLUB, LTD., JAMES
WILKINSON, TRAILRUNNER
INTERNATIONAL, LLC, and DONALD
JACK, JR.
    *Defendants.*

CIVIL ACTION No. 5:23-cv-00032-RWS

JURY TRIAL DEMANDED

**DECLARATION OF DONALD JACK, JR.**

My name is Donald Jack, Jr and I am a defendant in the above referenced case. If called to testify in this case I would state as follows:

Attached to this Declaration as Exhibit A is a true and correct copy of a letter written by Alexandra Davis that was provided to me by Ms. Davis after she first read it to me at a restaurant on or about November 16, 2017. I am familiar with her handwriting and the letter is in her own handwriting.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 23, 2023.

Donald Jack, Jr.