# Exhibit A

-I just want to start by saying to you Don that all those years you have been like the father figure, by representing him and b/c I would have to come to you if I wanted anything. I have a special relationship with you. We have built one throughout the years.

-What I have wanted my whole life, I realize I can't have, a dad. Even Though I understood I couldn't get a dad with him, I was showing that I was grateful because there was a trace of love, but my reality has not protected. ~~Butha~~

-Now as an older and more mature person, I realize what I thought was love and care is actually protection. Not protection for me but for him.

-I have been taken away the answer to a basic ~~question~~ question. and I have to lie to answer that question. Who are your parents.

-I am also realizing the kindness and trust my mom and I have shown and given has been used against us.

-I know that ~~Don~~ his son also has an illegitamite kid but gave that kid 20 minion dollars
   -is there a difference between illesimmate Children?
-Is one worth more than the other.

2

- I researched before writing this out. I know he is worth 5 billion dollars. He's kids will get a part of that when he goes. I am not and won't be apart of the Cowboys. I will not be a part of any of those things. And that is okay

- If something were to happen to my mom and I needed to take care of her, I want to be able to know I can do that. I want to know that I can take care of my family because I know that is what he has been doing all of ~~those~~ this time.

- By doing this I assign myself the head of the family because decisions my mom has made has not benefited this family as necessary

- I want my life to ~~be unstable and safe~~ be safe and have stability. I want

- I don't want to be defined as someone's child that Can't say who their parents are. But I want to be treated with the respect I deserve.

- I want us to have an agreement. No one has ever asked me to sign an agreement. I don't care or want the agreement that was made with my mom. I don't want that one because this decision effects me the most.

· I want to be in control of this relationship
- I had blind trust and that trust has been misplaced

App. 003
DTJ 0000128

2
3

- the agreement I want is a separation agreement. I know that having a dad in my life is a part of my life. I am okay with that. What I want is what I think is fair. I already have a figure in mind and if I get that. I will be out of his life. I will sign something that says I will never reach out asking for money again, I will not speak about ~~anybody~~ who he is. We will all be separated and if we ~~all~~ wanted to grab a bite or drinks as friends that is fine. But I will not reach out. I don't want to lie about my parents, if asked I will say he isn't involved and out of the picture.

• ~~Don, you have been a solid & reliable~~ I have been angry for many years but I am using that anger in a positive way right now.

- Don, you have been a solid and reliable person, you and I have developed a relationship. I wonder if ~~you~~ for just a ~~minute~~ minute you can remove yourself from being his attorney but to my friend.

• Ask yourself what you would think if you were in my position

- What do you think a reasonable amount would be? STOP!!!
- I am trying to ask what is reasonable because of who he is and what I will never get. I know this is not a decision you can make on your own but it is a month away from my 21st.