# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ALEXANDRA DAVIS,<br>*Plaintiff,*<br><br>vs.<br><br>JERRAL W. JONES, DALLAS COWBOYS FOOTBALL CLUB, LTD., JAMES WILKINSON, TRAILRUNNER INTERNATIONAL, LLC, and DONALD JACK, JR.<br>*Defendants.* | CIVIL ACTION No. 5:23-cv-00032-RWS<br><br>JURY TRIAL DEMANDED |

### DECLARATION OF DONALD JACK, JR.

My name is Donald Jack, Jr and I am a defendant in the above referenced case. If called to testify in this case I would state as follows:

Attached to this Declaration as Exhibit A is a compilation of true and correct copies of communications (text messages and one letter) written by Alexandra Davis that were sent to me on the date referenced in each individual communication. The text messages include Ms. Davis' phone number, which has been redacted for the purposes of privacy. Additionally, I am familiar with Ms. Davis' handwriting and the letter is in her own handwriting.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 8th, 2023.

*Donald Jack, Jr.*
Donald Jack, Jr.