# Exhibit A

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 1 | Date Range: 9/27/2018 |

### Outline of Conversations

 **CHAT - 00002 - 2018/09/27** • 1 message on 9/27/2018 • Alexandra " Alex" Davis <+ ██████████ > • Donald T. Jack < ████████████ >

Confidential

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬   **CHAT - 00002 - 2018/09/27**

AD   **Alexandra " Alex" Davis <+▮▮▮▮▮▮>**                                          9/27/2018, 9:13 AM

Hi Don, I was thinking maybe we could have dinner soon. My mom and I can come there or you can come here. I would like to revisit our conversation from last year. I know it has been a rough year, I just don't want it to get pushed under the rug

Confidential

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 8 | Date Range: 10/19/2018 |

### Outline of Conversations

 **CHAT - 00002 - 2018/10/19** • 8 messages on 10/19/2018 • Alexandra " Alex" Davis <+ ▮▮▮▮▮▮▮ > • Donald T. Jack < ▮▮▮▮▮▮▮ >

Confidential

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬 **CHAT - 00002 - 2018/10/19**

AD  **Alexandra " Alex" Davis <+** ▬▬▬ **>**                    10/19/2018, 10:48 AM

Hi, look forward to seeing you tomorrow. I have been thinking about this dinner we are going to have and I have so many different feelings but I want to focus on what is important. I hope you are coming to dinner prepared to talk to me about what I asked for last year. I feel an urgency, I want to take care of things while everyone is healthy and before there is a crisis to take care of. I am coming ready, I am expecting you to come with an offer that my biological dad is willing to do. You have always been an amazing guy, a buffer, between us and him. This is not, in anyway, about how I feel towards you as a friend. This is a discussion about my future and what needs to happen. I need this dinner to be a response about what I said last year or there is no reason for me to come. I don't want to feel like I am being screwed by him. What I am asking is for my rightful position from a portion of my biological fathers wealth.
If you are prepared, look forward to seeing you at dinner. Please come ready

DJ  **Donald T. Jack <** ▬▬▬ **>**                    10/19/2018, 11:17 AM

I was asked to meet with you and determine if what you and I had previously discussed was still what we are to be working with! If it is then I guess there is nothing more to discuss. Of course, I understand where you are coming from and expected to to discuss that with you! If you are sure you are where you want to be, then I will report that you are comfortable with where we left, don't want anything but a response! I certainly understand that this is not personal as to me!

DJ  **Donald T. Jack <** ▬▬▬ **>**                    10/19/2018, 1:01 PM

I am not coming, i will miss seeing you. I understand your position and will see you as soon as I can on the terms you requested! Again, I don't want you to think my feelings for you have changed! I am just trying to comply with your wishes! I was attempting do as I must what my client requested. Love you! Don

DJ  **Donald T. Jack <** ▬▬▬ **>**                    10/19/2018, 1:59 PM

Alex, please , if you have any questions or if I misunderstood anything, call me or I can still come tomorrow, I want to be sure I am doing the right thing, as I have stated it! Don

AD  **Alexandra " Alex" Davis <+** ▬▬▬ **>**                    10/19/2018, 3:24 PM

Hi, my apologizes for the late response I have been in class

AD  **Alexandra " Alex" Davis <+** ▬▬▬ **>**                    10/19/2018, 3:25 PM

Thank you for taking my request seriously. I just want to have all the answers before you come down so we can have a real talk not a theoretical one where I just express my wishes

AD  **Alexandra " Alex" Davis <+** ▬▬▬ **>**                    10/19/2018, 3:25 PM

I am sad I won't be able to see you this weekend but again thank you

DJ  **Donald T. Jack <** ▬▬▬ **>**                    10/19/2018, 3:36 PM

I know! Sorta know your schedule! I sad, but I understand! I am anxious to see this completed myself! Thank you!

Confidential

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 4 | Date Range: 12/20/2018 |

### Outline of Conversations

 **CHAT - 00002 - 2018/12/20** · 4 messages on 12/20/2018 · Alexandra " Alex" Davis <+ ███████ > · Donald T. Jack < ███████ >

Confidential

**Messages in chronological order** (times are shown in GMT -06:00)

---

💬 **CHAT - 00002 - 2018/12/20**

AD    **Alexandra " Alex" Davis** <+▮▮▮▮▮▮▮▮▮>                    12/20/2018, 4:06 PM

Hi don! So my mom told me you asked what you could give me for Christmas and I just want to let you know myself!
There is only 2 things I really want and they are just things I have been asking. I know times are busy with the holidays
and I don't want to add more stress to your life. And I hope you are doing well.
But my mom has been under a lot of stress because of our trip we took to Paris. He had offered to pay for the trip and I
know he will eventually honor his promise but it would be very helpful to my mom if he fulfilled his promise sooner rather
than later. I really care for my mom and I don't like when she is under this much stress.

AD    **Alexandra " Alex" Davis** <+▮▮▮▮▮▮▮▮▮>                    12/20/2018, 4:06 PM

Secondly, I would just like an update about if you have talked to him about what I have asked for, what he has said, and
when it is going to happen.

AD    **Alexandra " Alex" Davis** <+▮▮▮▮▮▮▮▮▮>                    12/20/2018, 4:06 PM

Again I know it is the holidays and everyone is stressed but so are we. Love you and I hope you understand why I am
sending this and have an urgent tone

DJ    **Donald T. Jack** <▮▮▮▮▮▮▮▮▮>                             12/20/2018, 4:43 PM

Yes I understand! Thank you!

Confidential

Dear Don,

I wanted to say thank you for coming to my graduation, it really meant alot. I know you had to do a lot of traveling and planning to make that happen and appreciate it.

I'm leaving for my trip Monday so I wanted to say bye and ask you if you could possibly talk to my dad while I'm gone. I am excited but scared about my future. I don't want to worry and I don't want my mom to worry either. I know he's done a lot to help us, but I think he could do more like we've talked about.

I know you are probably tired of dealing with this situation. That's why I wish he would do something more permanent once and for all. I actually thought we had already agreed to that but I don't know what that something is. I will try to send pictures and talk to you when I get back.

Love,
Alex

Alex Davis
6777 Parkwood
Frisco, TX
75034



NORTH TEXAS TX PBDC
DALLAS TX 750
03 JUN 2019 PM 6 L

Don Jack
21 Timberlake Dr.
Little Rock, AR
72207

Confidential

App. 012

DTJ 0000373

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 14 | Date Range: 7/2/2019 |

### Outline of Conversations

 **CHAT - 00002 - 2019/07/02** · 14 messages on 7/2/2019 · Alexandra " Alex" Davis <+ ▮▮▮ > · Donald T. Jack < ▮▮▮ >

Confidential

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬 **CHAT - 00002 - 2019/07/02**

AD   **Alexandra " Alex" Davis <+████████>**                                                    7/2/2019, 3:40 AM

hello don, so I found an apartment for DC. I would like to settle what is going on about the money I asked for from my dad before I leave for DC but if that is not the case, I was wondering if my dad could help me out on my rent in DC. It is 1600 per month including utilities. Please let me know if this is okay

AD   **Alexandra " Alex" Davis <+████████>**                                                    7/2/2019, 3:40 AM

And I would really like to get this money thing figured out because I am also trying to think of my mom. I know she is stressed about life for me and I I don't want her to have any stress and my dad is more than capable of taking that stress away.

DJ   **Donald T. Jack <████████>**                                                              7/2/2019, 8:44 AM

Hi Alex, I have not been able to communicate with my client recently. He has taken a long overdue vacation, as you have. You should take the apartment and let me know what else you need. I am committing to take care of that. I know your Mom is feeling stressed and I will try and get that addressed. She is a good person, but she has been too busy to lget me some really basic information! In her own words, she just has too many places to go and parties to go to. We have worked through this before and we can do it again. You need to focus on you. Take advantage of this wonderful opportunity to learn and enjoy! By the way, I would think a lot less of you, if you were not concerned about your Mom! Good for you!! I am too!

AD   **Alexandra " Alex" Davis <+████████>**                                                    7/2/2019, 8:54 AM

Okay thank you for understanding. I just signed my lease today so the security deposit and first month rent is due. I am sorry for the late notice, DC Was a hassle to find a place and the time difference makes things hard.

AD   **Alexandra " Alex" Davis <+████████>**                                                    7/2/2019, 9:08 AM

And I will talk to my mom about communicating with you. I know it's hard for her because she doesn't want me to worry but I know she needs help

AD   **Alexandra " Alex" Davis <+████████>**                                                    7/2/2019, 9:47 AM

Do you know when he will be back from vacation

DJ   **Donald T. Jack <████████>**                                                              7/2/2019, 10:09 AM

I think some time after the 4th of July.

AD   **Alexandra " Alex" Davis <+████████>**                                                    7/2/2019, 10:20 AM

Okay. Just let me know about the security deposit and first months rent when you get the chance. It is due by the end of this week

DJ   **Donald T. Jack <████████>**                                                              7/2/2019, 10:35 AM

Alex, how much do you need? I will put it in your account today. As I said, you should consider that taken care of. Tell me the amount and it will be there tomorrow at the latest. You can pay it or I pay it for you directly, if that works better.

AD   **Alexandra " Alex" Davis <+████████>**                                                    7/2/2019, 10:37 AM

I can pay it through my account bc I will just set up a repeating payment through the leasing person. I need 3200. This includes the security deposit and first months rent so I won't need rent until sept. 1

Thank you for understanding

AD   **Alexandra " Alex" Davis <+████████>**                                                    7/2/2019, 10:37 AM

Also here are some pics of me playing with elephants!

AD   **Alexandra " Alex" Davis <+████████>**                                                    7/2/2019, 10:38 AM

AD   **Alexandra " Alex" Davis <+████████>**                                                    7/2/2019, 10:39 AM

Confidential

DJ    **Donald T. Jack <▮▮▮▮▮▮>**                  7/2/2019, 2:08 PM

Great pictures! I feel so lucky to have such a beautiful friend with interesting playmates. Don't get between one of your friends and a poacher! Thank you! Your wire has been sent to your account. I am concerned that your place is in a good area! Take care of yourself! Have fun! God Bless!!

Confidential

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 2 | Date Range: 12/30/2019 |

### Outline of Conversations

 **CHAT - 00002 - 2019/12/30** · 2 messages on 12/30/2019 · Alexandra " Alex" Davis <+████████> · Donald T. Jack <████████>

Confidential

**Messages in chronological order** (times are shown in GMT -06:00)

---

💬 **CHAT - 00002 - 2019/12/30**

AD   **Alexandra " Alex" Davis <+████>**      12/30/2019, 7:43 AM

Hey don! Just wanted to text you about you told my mom
Last week about getting us some
Money? I'm just curious if it is what we talked about 2 years ago?

DJ   **Donald T. Jack <████>**      12/30/2019, 10:12 AM

I honestly don't know what will happen. She knows that. Of course I remember our conversation about 2 years ago. I
don't have a time to talk yet. Have been promised a time soon. Take care!

Confidential

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 9 | Date Range: 11/23/2020 - 11/24/2020 |

### Outline of Conversations

 **CHAT - 00002 - 2020/11/24** • 9 messages between 11/23/2020 - 11/24/2020 • Alexandra " Alex" Davis <+███████> • Donald T. Jack <███████>

Confidential

**Messages in chronological order** (times are shown in GMT -06:00)

---

💬 | **CHAT - 00002 - 2020/11/24**

DJ | **Donald T. Jack <** ▉ **>** | 11/23/2020, 6:32 PM
As far as I know, I am well. Are you okay? I miss you too. This will not last forever. Miss you. Love you!

AD | **Alexandra " Alex" Davis <+** ▉ **>** | 11/23/2020, 10:09 PM
Yes I am okay!

AD | **Alexandra " Alex" Davis <+** ▉ **>** | 11/23/2020, 10:09 PM
What do you mean? Let's please talk this week

DJ | **Donald T. Jack <** ▉ **>** | 11/24/2020, 11:00 AM
I mean COVID 19.

DJ | **Donald T. Jack <** ▉ **>** | 11/24/2020, 11:01 AM
We will talk! Thank you!

AD | **Alexandra " Alex" Davis <+** ▉ **>** | 11/24/2020, 3:58 PM
Hey don! My mom just told me the news about the house, what a bummer! But can you and I talk tomorrow more about my situation and what we have been talking about for the past couple of years?

DJ | **Donald T. Jack <** ▉ **>** | 11/24/2020, 4:00 PM
Yes, of course we can. I am always happy to talk to you.

AD | **Alexandra " Alex" Davis <+** ▉ **>** | 11/24/2020, 4:16 PM
Thank you! Does 11am work for you?

DJ | **Donald T. Jack <** ▉ **>** | 11/24/2020, 4:35 PM
Sounds fine!

Confidential

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 3 | Date Range: 1/23/2021 |

## Outline of Conversations

 **CHAT - 00002 - 2021/01/24** • 3 messages on 1/23/2021 • Alexandra " Alex" Davis <+ ▮▮▮▮▮ > • Donald T. Jack < ▮▮▮▮▮ >

**Messages in chronological order** (times are shown in GMT -06:00)

---

💬   **CHAT - 00002 - 2021/01/24**

DJ   **Donald T. Jack <▮▮▮▮▮>**                                                          1/23/2021, 6:38 PM
No I don't. But I should be able to travel in a few days. Then I just ask for the opportunity. How are you doing?

AD   **Alexandra " Alex" Davis <+▮▮▮▮▮>**                                             1/23/2021, 8:08 PM
I've been doing well. The new job has been a little hard but I'm adjusting. I've been thinking about the letter I wrote to
my dad that I gave to you. I was hoping that you could get the letter to him and facilitate some form of conversation
between my dad and I. After all of these years without meeting him, I do think a conversation is warranted. It would
have mean a lot to meet my father.

DJ   **Donald T. Jack <▮▮▮▮▮>**                                                          1/23/2021, 9:04 PM
Dear Alex: I do understand. Thank you. I still have it. I love you like a daughter, but not at all the same in any way. I will
see what he will do. I will stay in touch! Take care of yourself and continue to make such spectacular progress. Uncle
Don

Confidential

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 2 | Date Range: 3/12/2021 |

### Outline of Conversations

 **CHAT - 00002 - 2021/03/12** · 2 messages on 3/12/2021 · Alexandra " Alex" Davis <+▮▮▮▮▮▮▮> · Donald T. Jack <▮▮▮▮▮▮▮>

Confidential

App. 022

DTJ 0000903

**Messages in chronological order** (times are shown in GMT -06:00)

---

💬 **CHAT - 00002 - 2021/03/12**

AD  **Alexandra " Alex" Davis** <+                    >                            3/12/2021, 10:32 AM
Hey don! Would love to talk today when you have time

AD  **Alexandra " Alex" Davis** <+                    >                            3/12/2021, 10:32 AM
Just about everything more on my end with what is happening

Confidential