# Exhibit 5

FILED
4/20/2022 5:48 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Margaret Thomas DEPUTY

CAUSE NO. DC-22-02476

| | | |
|---|---|---|
| ALEXANDRA DAVIS, | § § § | IN THE DISTRICT COURT |
| *Plaintiff,* | § | |
| VS. | § § | 192nd JUDICIAL DISTRICT |
| JERRAL W. JONES, | § § | |
| *Defendant.* | § | DALLAS COUNTY, TEXAS |

## MOTION FOR NONSUIT WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Alexandra Davis, ("Plaintiff"), in the above entitled and numbered cause, hereby files this her Motion for Nonsuit Without Prejudice and would respectfully show the Court the following:

**I.**

Pursuant to Rule 162 of the Texas Rules of Civil Procedure, the above-named Plaintiff hereby files this her Motion and notice of nonsuit of her respective claims against Defendant.

WHEREFORE, PREMISES CONSIDERED, the above-named Plaintiff respectfully requests that this Court enter this Motion and notice of nonsuit without prejudice to the refiling of same.

Respectfully submitted,
**BERGMANGRAY LLP**

*/s/ Andrew A. Bergman*
Andrew A. Bergman
State Bar No. 02196300
Jay K. Gray
State Bar No. 08324050
4514 Travis Street
Travis Walk, Suite 300
Dallas, Texas 75205
214-528-2444
214-599-0602 [fax]
gray@bergmangray.com
bergman@abergmanlaw.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing *Motion for Nonsuit Without Prejudice* was served *via* ECMF on this 20th day of April 2022 upon all counsel of record.

Levi G. McCathern, II
Brett M. Chisum
MCCATHERN, PLLC
3710 Rawlins St., Suite 1600
Dallas, TX 75219
E-Service: lmccathern@mccathernlaw.com
E-Service: bchisum@mccathernlaw.com

Charles L. Babcock
David T. Moran
Edwin Buffmire
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
E-Service: cbabcock@jw.com
E-Service: dmoran@jw.com
E-Service: ebuffmire@jw.com
**ATTORNEYS FOR DEFENDANT JERRAL W. JONES**

*/s/ Andrew A. Bergman*
Andrew A. Bergman

MOTION FOR NONSUIT WITHOUT PREJUDICE                                    PAGE 2

STATE OF TEXAS  
COUNTY OF DALLAS }

FELICIA PITRE, Clerk of the District of Dallas County, Texas, do hereby certify that I have compared this instrument to a true and correct copy of the original as appears on file in my office.

GIVEN UNDER MY HAND AND SEAL of said Court, at office in Dallas, Texas, this 17th day of May, A.D., 2023

FELICIA PITRE, DISTRICT CLERK  
DALLAS COUNTY, TEXAS  
By Nannette Bryant, Deputy  
Nannette Bryant

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Rosemary Sanchez on behalf of Andrew Bergman
Bar No. 02196300
rsanchez@abergmanlaw.com
Envelope ID: 63755655
Status as of 4/21/2022 8:47 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| McCathern Receptionist | | receptionist@mccathernlaw.com | 4/20/2022 5:48:47 PM | SENT |
| Carl L.Evans, Jr. | | cevans@mccathernlaw.com | 4/20/2022 5:48:47 PM | SENT |
| Brett Chisum | | bchisum@mccathernlaw.com | 4/20/2022 5:48:47 PM | SENT |
| Levi McCathern | | lmccathern@mccathernlaw.com | 4/20/2022 5:48:47 PM | SENT |
| David Timothy Moran | 14419400 | dmoran@jw.com | 4/20/2022 5:48:47 PM | SENT |
| Jodi Taylor | | jtaylor@mccathernlaw.com | 4/20/2022 5:48:47 PM | SENT |
| Monica Rivas | | mrivas@mccathernlaw.com | 4/20/2022 5:48:47 PM | SENT |
| Kristin Hecker | | khecker@mccathernlaw.com | 4/20/2022 5:48:47 PM | SENT |
| Kayla Damron | | kayladamron@mccathernlaw.com | 4/20/2022 5:48:47 PM | SENT |
| Elizabeth Criswell | | ecriswell@mccathernlaw.com | 4/20/2022 5:48:47 PM | SENT |
| Chip Babcock | | cbabcock@jw.com | 4/20/2022 5:48:47 PM | SENT |
| Jessica Bland | | jbland@mccathernlaw.com | 4/20/2022 5:48:47 PM | SENT |
| Edwin Buffmire | | dmoran@jw.com | 4/20/2022 5:48:47 PM | SENT |

Associated Case Party: JERRALW.JONES

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Mary Hale | | mhale@jw.com | 4/20/2022 5:48:47 PM | SENT |
| Shiva Zamen | | szamen@jw.com | 4/20/2022 5:48:47 PM | SENT |
| Michelle Smale | | msmale@jw.com | 4/20/2022 5:48:47 PM | SENT |
| Cody Martinez | | cmartinez@jw.com | 4/20/2022 5:48:47 PM | SENT |

Associated Case Party: ALEXANDRA DAVIS

| Name |
|---|

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Rosemary Sanchez on behalf of Andrew Bergman
Bar No. 02196300
rsanchez@abergmanlaw.com
Envelope ID: 63755655
Status as of 4/21/2022 8:47 AM CST

Associated Case Party: ALEXANDRA DAVIS

| Name | | Email | Date/Time | Status |
|---|---|---|---|---|
| Jay K.Gray | | gray@bergmangray.com | 4/20/2022 5:48:47 PM | SENT |
| Andrew A.Bergman | | bergman@bergmangray.com | 4/20/2022 5:48:47 PM | SENT |
| Rosemary Sanchez | | sanchez@bergmangray.com | 4/20/2022 5:48:47 PM | SENT |