# Exhibit 6

EXHIBIT

__4__

CAUSE NO. <u>DC-22-02476</u>

| | | |
|---|---|---|
| ALEXANDRA DAVIS, | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | 192nd JUDICIAL DISTRICT |
| | § | |
| JERRAL W. JONES, | § | |
| | § | |
| *Defendant.* | § | DALLAS COUNTY, TEXAS |

<u>ORDER OF NONSUIT WITHOUT PREJUDICE</u>

On this date came on to be heard Plaintiff, Alexandra Davis' Motion for Nonsuit Without

Prejudice as to Defendant Jerral W. Jones. The Court, having considered the motion, is of the

opinion that said Motion be GRANTED.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that Plaintiff's claims

against Defendant in this action are hereby nonsuited WITHOUT prejudice.

SIGNED this _____ day of _____, 2022.

**4/21/2022 10:19:21 AM**

_____

JUDGE PRESIDING

ORDER - NONSUIT WITHOUT PREJUDICE                                    SOLO

App. 051

STATE OF TEXAS }
COUNTY OF DALLAS }

I, FELICIA PITRE, Clerk of the District of Dallas County, Texas, do hereby certify that I have compared this instrument to be a true and correct copy of the original us appears on record in my office.

GIVEN UNDER MY HAND AND SEAL of said Court, at office in Dallas, Texas, this ___12___ day of ___May___, A.D., ___202___,

FELICIA PITRE, DISTRICT CLERK
DALLAS COUNTY, TEXAS
By_____Deputy

Orfa Pálacios