IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ALEXANDRA DAVIS,<br>    *Plaintiff,*<br><br>vs.<br><br>JERRAL W. JONES, DALLAS COWBOYS FOOTBALL CLUB, LTD., JAMES WILKINSON, TRAILRUNNER INTERNATIONAL, LLC, and DONALD JACK, JR.<br>    *Defendants.* | CIVIL ACTION No. 5:23-cv-00032-RWS |

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED COMPLAINT**

On this date, the Court considered the Motion to Dismiss Plaintiff's First Amended Complaint filed by Defendants Jerral W. Jones, Dallas Cowboys Football Club, Ltd., James Wilkinson, TrailRunner International, LLC, and Donald Jack, Jr (the "Motion"). The Court, having considered the Motion, briefing in support of the Motion, arguments, and evidence, as well as responses, pleadings, and papers on file, hereby orders that the Motion be GRANTED.

It is therefore ORDERED, ADJUDGED, and DECREED that Plaintiff's claims against Defendants Jerral W. Jones, Dallas Cowboys Football Club, Ltd., James Wilkinson, TrailRunner International, LLC, and Donald Jack, Jr. are DISMISSED in their entirety with PREJUDICE.