# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| ALEXANDRA DAVIS, § § Plaintiff/Counter-Defendant, § § v. § CIVIL ACTION NO. 5:23-CV-00032-RWS § JERRAL W. JONES, DALLAS COWBOYS § FOOTBALL CLUB, LTD., JAMES § WILKINSON, TRAILRUNNER § INTERNATIONAL, LLC, DONALD JACK, § JR**.,** § § Defendants/Counter-Plaintiffs, § & § § CYNTHIA DAVIS-SPENCER, § § Third-Party Defendant. § § | |

## **ORDER**

Before the Court is Defendants' Motion to Dismiss Plaintiff's First Amended Complaint. Docket No. 59. Defendants requested an oral hearing on this motion. *Id.* The Court hereby **SETS** a hearing for this matter on **Wednesday February 7, 2024,** at **10 a.m.** in Texarkana, Texas.

**So ORDERED and SIGNED this 11th day of December, 2023.**

*[signature: Robert W. Schroeder III]*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE