**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| ALEXANDRA DAVIS,<br>        *Plaintiff/Counter-Defendant,* | |
| vs. | CIVIL ACTION No.  5:23-cv-00032-RWS |
| JERRAL W. JONES, DALLAS COWBOYS<br>FOOTBALL CLUB, LTD., JAMES<br>WILKINSON, TRAILRUNNER<br>INTERNATIONAL, LLC, and DONALD<br>JACK, JR.,<br>        *Defendants/Cross-Plaintiff,* | JURY TRIAL DEMANDED |
| vs. | |
| CYNTHIA DAVIS-SPENCER,<br>        *Third-Party Defendant.* | |

<u>**NOTICE OF WITHDRAWAL OF DEFENDANTS' PARTIALLY AGREED MOTION
FOR CONTINUANCE OF DEFENDANT JACK'S DEPOSITION**</u>

On December 4, 2023, Defendants filed their Partially Agreed Motion for Continuance of

Defendant Jack's Deposition (the "Motion"). *See* Dkt. 57. Since the Motion was filed, however,

the parties have resolved their issues as to Defendant Jack's deposition.  Accordingly, Defendants

hereby withdraw the Motion and request no action from the Court.

1

Dated: December 18, 2023

FOLSOM ADR PLLC

*/s/ David Folsom*
David Folsom
State Bar No. 07210800
david@folsomadr.com
6002-B Summerfield Dr.
Texarkana, TX 75503
(903) 277-7303

JACKSON WALKER LLP

*/s/:Charles L. Babcock*
Charles L. Babcock
State Bar No. 01479500
cbabcock@jw.com
Nancy W. Hamilton
State Bar No. 11587925
nhamilton@jw.com
1401 McKinney Street
Suite 1900
Houston, TX 77010
(713) 752-4210
(713) 752-4221 - Fax

David T. Moran
State Bar No. 14419400
dmoran@jw.com
Edwin Buffmire
State Bar No. 24078283
ebuffmire@jw.com
Cody Martinez
State Bar No. 24102146
cmartinez@jw.com
2323 Ross Avenue
Suite 600
Dallas, TX 75201
(214) 953-6000
(214) 953-5822 – Fax

**ATTORNEYS FOR DEFENDANTS JERRAL W. JONES, DALLAS COWBOYS FOOTBALL CLUB, LTD., JAMES WILKINSON, TRAILRUNNER INTERNATIONAL, LLC AND DONALD JACK, JR.**

## <u>CERTIFICATE OF CONFERENCE</u>

On December 17, 2023, the undersigned conferred with Jay Gray, counsel for Plaintiff, regarding the parties' resolution of the dispute that precipitated the filing of Defendants' Partially Agreed Motion for Continuance of Defendant Jack's Deposition. The parties agreed that the Motion was moot and that Defendants would notify the Court of same.

*/s/ Edwin Buffmire*
Edwin Buffmire

## <u>CERTIFICATE OF SERVICE</u>

On December 18, 2023, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court.  I hereby certify that I will serve all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Edwin Buffmire*
Edwin Buffmire