# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| ALEXANDRA DAVIS, | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:23-CV-00032-RWS |
| | § | |
| JERRAL W. JONES, DALLAS COWBOYS FOOTBALL CLUB, LTD., JAMES WILKINSON, TRAILRUNNER INTERNATIONAL, LLC, DONALD JACK, JR., | § | |
| | § | |
| Defendants/Counter-Plaintiffs, | § | |
| & | § | |
| CYNTHIA DAVIS-SPENCER, | § | |
| | § | |
| Third-Party Defendant. | § | |

## ORDER

On December 4, 2023, Defendants Jerral Jones, Dallas Cowboys Football Club, Ltd., James Wilkinson, Trailrunner International, LLC, and Donald Jack, Jr. filed their Partially Agreed Motion for Continuance of Defendant Jack's Deposition. Docket No. 57. Before Plaintiff Alexandra Davis responded, Defendants filed a Notice of Withdrawal of their motion for continuance. Docket No. 61. In their notice, Defendants state that "the parties have resolved their issues as to Defendant Jack's deposition" and Defendants "hereby withdraw the Motion and request no action from the Court." *Id.* In view of Defendants' notice, it is

**ORDERED** that Defendants' motion for continuance of Defendant Jack's deposition (Docket No. 57) is **WITHDRAWN.** The Clerk is ordered to terminate this motion.

**So ORDERED and SIGNED this 19th day of December, 2023.**

*[signature: Robert W. Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

**So ORDERED and SIGNED this 19th day of December, 2023.**

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE