IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ALEXANDRA DAVIS, § <br> § <br> Plaintiff/Counter-Defendant, § <br> § <br> v. § <br> § <br> JERRAL W. JONES, DALLAS COWBOYS § <br> FOOTBALL CLUB, LTD., JAMES § <br> WILKINSON, TRAILRUNNER § <br> INTERNATIONAL, LLC, DONALD JACK, § <br> JR**.,** § <br> § <br> Defendants/Counter-Plaintiffs, § <br> & § <br> § <br> CYNTHIA DAVIS-SPENCER, § <br> § <br> Third-Party Defendant. § <br> § | CIVIL ACTION NO. 5:23-CV-00032-RWS |

## **ORDER**

Before the Court is Defendants Jerral W. Jones, Dallas Cowboys Football Club Ltd., James Wilkinson, Trailrunner International, LLC, and Donald Jack, Jr.'s Unopposed Motion for Extension of Time to File Reply in Support of Motion to Dismiss Plaintiff Alexandra Davis's First Amended Complaint. Docket No. 64. Defendants request an extension of their original deadline, December 29, 2023, to January 5, 2024. *Id.* Having considered Defendants' motion, and because it is unopposed, the motion is hereby **GRANTED**. Accordingly, it is

**ORDERED** that Defendants have until on or before **January 5, 2024**, to file their reply in support of their Motion to Dismiss Plaintiff's First Amended Complaint.

**So ORDERED and SIGNED this 28th day of December, 2023.**

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE