IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ALEXANDRA DAVIS | § | |
| | § | |
| V. | § | CIVIL NO. 5:23cv32 |
| | § | |
| JERRAL J. JONES, et al | § | |

MINUTES FOR MOTION HEARING
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
FEBRUARY 7, 2024

OPEN: 9:56 a.m.                                                         ADJOURN: 11:49 a.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Jay Gray, Andy Berman, Matt Keil, Erin Keil and Hailee Amox |
| ATTORNEYS FOR DEFENDANTS: | Charles Babcock, David Folsom, David Moran and Edwin Buffmire |
| ATTORNEY FOR THIRD-PARTY DEFENDANT: | Kris Hayes |
| LAW CLERK: | Jordan Cowger |
| COURTROOM DEPUTY: | Betty Schroeder |
| COURT REPORTER: | Shelly Holmes |

| | |
|---|---|
| 9:56 a.m. | Case called, parties introduce themselves and announce ready, Court welcomes everyone and gives preliminary comments |
| 9:57 a.m. | Mr. Charles Babcock begins argument on Defendants' Motion to Dismiss First Amended Complaint (dkt. #59) |
| 10:29 a.m. | Court questions Mr. Babcock; Mr. Babcock responds |
| 10:43 a.m. | Mr. Jay Gray responds to argument |

| | |
|---|---|
| 10:44 a.m. | Court questions Mr. Gray; Mr. Gray responds; Mr. Babcock responds; Court responds |
| 10:56 a.m. | Court questions Mr. Gray; Mr. Gray responds |
| 11:25 a.m. | Mr. Babcock replies |
| 11:36 a.m. | Court questions Mr. Babcock; Mr. Babcock responds |
| 11:43 a.m. | Court instructs Mr. Babcock to file on the docket slides used in today's argument |
| 11:44 a.m. | Mr. Gray responds |
| 11:45 a.m. | Court questions Mr. Gray; Mr. Gray responds |
| 11:49 a.m. | Recess |