IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ALEXANDRA DAVIS,<br>    *Plaintiff*,<br><br>VS.<br><br>JERRAL W. JONES, DALLAS COWBOYS FOOTBALL CLUB, LTD., JAMES WILKINSON, TRAILRUNNER INTERNATIONAL, LLC, and DONALD JACK, JR.<br>    *Defendants,*<br><br>VS.<br><br>CYNTHIA DAVIS-SPENCER<br>    *Third-Party Defendant.* | CIVIL ACTION NO. 5:23-CV-00032-RWS<br><br>JURY TRIAL DEMANDED |

## NOTICE OF COMPLIANCE

Plaintiff Alexandra Davis hereby provides notice to the Court that pursuant to the Court's Docket Control Order [Dkt. No. 38], she served her Disclosures for Expert Witnesses upon all counsel of record via electronic mail on March 12, 2024.

Date: March 12, 2024

Respectfully submitted,

*/s/       Matt Keil*
**KEIL LAW FIRM, PLLC**
Matt Keil
State Bar No. 11181750
Erin Keil
State Bar No. 24120462
Hailee Amox
State Bar No. 24085176
406 Walnut Street
Texarkana, Arkansas 71854
870-772-4113
870-773-2967 [fax]
mkeil@kglawfirm.com
ekeil@kglaqwfirm.com
hamox@kglawfirm.com

*/s/ Jay K. Gray*
**BERGMANGRAY LLP**
Jay K. Gray
State Bar No. 08324050
Andrew A. Bergman
State Bar No. 02196300
4514 Travis Street
Travis Walk, Suite 300
Dallas, Texas 75205
214-528-2444
214-599-0602 [fax]
gray@bergmangray.com
bergman@bergmangray.com
**LEAD COUNSEL**

**ATTORNEYS FOR PLAINTIFF AND COUNTER-DEFENDANT ALEXANDRA DAVIS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 12, 2024.

                                                */s/ Jay K. Gray*_____
                                                Jay K. Gray