**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| ALEXANDRA DAVIS, | § § § | |
| Plaintiff/Counter-Defendant, | § § | |
| v. | § § | CIVIL ACTION NO. 5:23-CV-00032-RWS |
| JERRAL W. JONES, DALLAS COWBOYS FOOTBALL CLUB, LTD., JAMES WILKINSON, TRAILRUNNER INTERNATIONAL, LLC, DONALD JACK, JR., | § § § § § § § § | |
| Defendants/Counter-Plaintiffs, & | § § § | |
| CYNTHIA DAVIS-SPENCER, | § § § | |
| Third-Party Defendant. | § | |

**AMENDED ORDER**

Before the Court is Third-Party Witness Lisa Duffee, Esq.'s Objections, Motion to Quash, and Request for Protection. Docket No. 76. Duffee alleges that the Defendants in this matter served her with a subpoena titled "Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil Action." *Id.* Duffee first asks the Court for additional time to comply with Defendants' subpoena, but then (1) objects to Defendants' overly broad document request, (2) seeks relief from having to produce a privilege log, and (3) seeks to quash a deposition. *Id.* Duffee does not attach the subpoena or provide specific objections to Defendants' discovery requests. It is also unclear whether Duffee is seeking additional time to *comply with* the subpoena or *relief from* compliance with the subpoena. Absent the discovery documents and sufficient argument by movant, the Court cannot rule on the merits of this motion. Accordingly, it is

**ORDERED** that Third-Party Witness Lisa Duffee, Esq.'s Objections, Motion to Quash,

and Request for Production (Docket No. 76) is **DENIED WITHOUT PREJUDICE TO REFILING**. It is further

    **ORDERED** that should Third-Party Witness Lisa Duffee choose to refile this motion, she must do so by **12 p.m. CDT on Tuesday, April 16, 2024.** If the motion is refiled, the Court may order expedited briefing.

    **So ORDERED and SIGNED this 12th day of April, 2024.**

    ROBERT W. SCHROEDER III
    UNITED STATES DISTRICT JUDGE