## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| ALEXANDRA DAVIS, | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:23-CV-00032-RWS |
| | § | |
| JERRAL W. JONES, DALLAS COWBOYS | § | |
| FOOTBALL CLUB, LTD., JAMES | § | |
| WILKINSON, TRAILRUNNER | § | |
| INTERNATIONAL, LLC, DONALD JACK, | § | |
| JR., | § | |
| | § | |
| Defendants/Counter-Plaintiffs, | § | |
| & | § | |
| | § | |
| CYNTHIA DAVIS-SPENCER, | § | |
| | § | |
| Third-Party Defendant. | § | |

## ORDER

Before the Court is Counter-Plaintiff Jerral W. Jones's Motion to Show Cause for Cynthia Davis-Spencer's Spoliated Evidence. Docket No. 83. Jones requested an oral hearing. Having reviewed Jones's opposed motion and the deadlines contained in the Docket Control Order (Docket No. 38), it is

**ORDERED** that Third-Party Defendant Cynthia Davis-Spencer shall file a response to Jones's motion (Docket No. 83) no later than **Friday, May 3, 2024.** Jones shall file his reply no later than **Friday, May 10, 2024**. It is further

**ORDERED** that this matter is **SET** for a hearing on **Thursday, May 16, at 2 p.m.** in Texarkana, Texas.

**So ORDERED and SIGNED this 24th day of April, 2024.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE