IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ALEXANDRA DAVIS | § | |
| | § | |
| V. | § | CIVIL NO. 5:23cv32 |
| | § | |
| JERRAL J. JONES, et al | § | |

MINUTES FOR MOTION HEARING
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
APRIL 25, 2024

OPEN: 10:00 a.m.                                                              ADJOURN: 11:40 a.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Jay Gray, Erin Keil and Hailee Amox |
| ATTORNEYS FOR DEFENDANTS/ COUNTER-PLAINTIFFS: | Charles Babcock and Edwin Buffmire |
| ATTORNEY FOR THIRD-PARTY DEFENDANT: | Kris Hayes |
| ATTORNEY FOR NON-PARTY MOVANT: | Andrew Korn |
| LAW CLERK: | Jordan Cowger |
| COURTROOM DEPUTY: | Betty Schroeder |
| COURT REPORTER: | Shelly Holmes |

| | |
|---|---|
| 10:00 a.m. | Case called, parties introduce themselves and announce ready, Court welcomes everyone and gives preliminary comments |
| 10:03 a.m. | Mr. Andrew Korn argues non-party movant's Amended Motion to Quash and Amended Request for Protection (dkt. #79) |
| 10:07 a.m. | Court questions Mr. Korn; Mr. Korn responds |

| | |
|---|---|
| 10:11 a.m. | Court questions Mr. Korn; Mr. Korn responds |
| 10:31 a.m. | Court questions Mr. Korn; Mr. Korn responds |
| 10:36 a.m. | Mr. Charles Babcock responds to argument |
| 10:44 a.m. | Court questions Mr. Babcock; Mr. Babcock responds |
| 10:50 a.m. | Court questions Mr. Babcock; Mr. Babcock responds |
| 10:52 a.m. | Mr. Ed Buffmire responds to question |
| 10:54 a.m. | Court questions Mr. Korn; Mr. Korn responds |
| 11:08 a.m. | Court questions Mr. Korn; Mr. Korn responds |
| 11:09 a.m. | Court will accept the tendering of the documents for in camera review |
| 11:09 a.m. | Mr. Babcock questions the Court as to whether they would be getting a copy of the log; Mr. Korn responds; Court responds |
| 11:13 a.m. | Court questions Ms. Kris Hayes; Ms. Hayes responds |
| 11:26 a.m. | Mr. Jay Gray addresses the Court |
| 11:28 a.m. | Court questions Mr. Gray; Mr. Gray responds |
| 11:30 a.m. | Mr. Babcock responds |
| 11:36 a.m. | Mr. Gray responds |
| 11:37 a.m. | Court addresses Mr. Korn regarding the privilege log; Mr. Korn responds; Court responds |
| 11:40 a.m. | Recess |