IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| JERRAL W. JONES,<br>　　*Plaintiff,*<br><br>vs.<br><br>ALEXANDRA DAVIS and CYNTHIA DAVIS f/k/a CYNTHIA DAVIS-SPENCER,<br>　　*Defendants,* | CIVIL ACTION No.  5:23-cv-00032-RWS<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF JERRAL W. JONES'S**
**NOTICE OF DISCLOSURE (TRIAL WITNESS LIST)**

In accordance with the Court's Discovery Order (Dkt. 39), Plaintiff Jerral W. Jones, by and through his undersigned attorneys, hereby notifies the Court that he has complied with the Court's Docket Control Order (Dkt. 38) by serving his Trial Witness List on all counsel of record via electronic mail on April 30, 2024.

1

Dated: April 30, 2024.

| | |
|---|---|
| FOLSOM ADR PLLC | JACKSON WALKER LLP |
| */s/ David Folsom* | */s/Charles L. Babcock* |
| David Folsom | Charles L. Babcock |
| State Bar No. 07210800 | State Bar No. 01479500 |
| david@folsomadr.com | cbabcock@jw.com |
| 6002-B Summerfield Dr. | Nancy W. Hamilton |
| Texarkana, TX 75503 | State Bar No. 11587925 |
| (903) 277-7303 | nhamilton@jw.com |
| | 1401 McKinney Street |
| | Suite 1900 |
| | Houston, TX 77010 |
| | (713) 752-4210 |
| | (713) 752-4221 - Fax |
| | |
| | David T. Moran |
| | State Bar No. 14419400 |
| | dmoran@jw.com |
| | Edwin Buffmire |
| | State Bar No. 24078283 |
| | ebuffmire@jw.com |
| | Cody Martinez |
| | State Bar No. 24102146 |
| | cmartinez@jw.com |
| | 2323 Ross Avenue |
| | Suite 600 |
| | Dallas, TX 75201 |
| | (214) 953-6000 |
| | (214) 953-5822 – Fax |

**ATTORNEYS FOR PLAINTIFF JERRAL W. JONES**

### CERTIFICATE OF SERVICE

On April 30, 2024, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. I hereby certify that I will serve all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Edwin Buffmire*
Edwin Buffmire