IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| JERRAL W. JONES<br><br>    *Plaintiff,*<br><br>vs.<br><br>ALEXANDRA DAVIS and CYNTHIA DAVIS f/k/a CYNTHIA DAVIS-SPENCER,<br>    *Defendants.* | CIVIL ACTION No.  5:23-cv-00032-RWS |

## ORDER GRANTING MOTION TO TRANSFER VENUE

    Before the Court is Defendant's Partially Opposed Motion to Transfer Venue (Docket No. 91). Having considered Defendant's motion and the circumstances of the parties, the Court finds that there is good cause to transfer to this matter and this motion is hereby GRANTED. Accordingly, it is ORDERED that this case shall be transferred to the _____ District of Texas, _____ Division.

    Ordered the _____ day of May, 2024.

                                                                            ROBERT W. SCHROEDER III
                                                                            UNITED STATES DISTRICT JUDGE