**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| ALEXANDRA DAVIS, § <br> § <br> Plaintiff/Counter-Defendant, § <br> § <br> v. § <br> § <br> JERRAL W. JONES, DALLAS COWBOYS § <br> FOOTBALL CLUB, LTD., JAMES § <br> WILKINSON, TRAILRUNNER § <br> INTERNATIONAL, LLC, DONALD JACK, § <br> JR., § <br> § <br> Defendants/Counter-Plaintiffs, § <br> & § <br> § <br> CYNTHIA DAVIS, § <br> § <br> Third-Party Defendant. § | CIVIL ACTION NO. 5:23-CV-00032-RWS |

## ORDER

Before the Court is Counter-Plaintiff Jerral W. Jones's Unopposed Motion to Realign Parties (Docket No. 88) and Third-Party Defendant[1] Cynthia Davis f/k/a Cynthia Davis-Spencer's Partially Opposed Motion to Transfer Venue (Docket No. 91). As indicated by Cynthia Davis, Jones opposes the motion to transfer while Counter-Defendant Alexandra Davis is unopposed. *Id.* Having reviewed the pending motions, it is

**ORDERED** that Jones **SHALL** file a response to Cynthia Davis's motion (Docket No. 91) no later than **Friday, May 10, 2024.** Cynthia Davis **SHALL** file her reply no later than **Tuesday, May 14, 2024**. It is further

---

[1] Although Cynthia Davis's motion is written as though the parties are already realigned, the Court has not yet granted Jones's motion.

**ORDERED** that the parties' briefing **SHALL** address all issues raised in Cynthia Davis's motion, including the issue of jurisdiction. It is further

**ORDERED** that Jones's Unopposed Motion to Realign Parties (Docket No. 88) and Cynthia Davis's Partially Opposed Motion to Transfer Venue (Docket No. 91) is **SET** for a hearing on **Thursday, May 16, at 2 p.m.** in Texarkana, Texas.[2]

**So ORDERED and SIGNED this 3rd day of May, 2024.**

*(signed)* Robert W. Schroeder III
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

---

[2] Jones's Motion to Show Cause (Docket No. 83) is also set for a hearing on May 16, 2024. *See* Docket No. 84. The parties shall be prepared to address all three motions at the hearing.