IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **ALEXANDRA DAVIS,**<br>    *Plaintiff/Counter-Defendant*<br><br>VS.<br><br>**JERRAL W. JONES, DALLAS COWBOYS FOOTBALL CLUB, LTD., JAMES WILKINSON, TRAILRUNNER INTERNATIONAL, LLC, and DONALD JACK, JR.**<br>    *Defendants*,<br><br>VS.<br><br>**CYNTHIA DAVIS-SPENCER**<br>    *Third-Party Defendant.* | **CIVIL ACTION NO. 5:23-CV-00032-RWS** |

### DEFENDANT CYNTHIA DAVSS-SPENCER'S REBUTTAL WITNESS LIST

Third Party Defendant Cynthia Davis f/k/a Cynthia Davis Spencer, pursuant to the Court's Docket Control Order enter in this case, files this Rebuttal Trial Witness List for Identification and categorization of trial witnesses. At this time, Davis identifies the following rebuttal witnesses for trial:

| | Witness, employer, topic of testimony | WILL CALL | MAY CALL | MAY, BUT PROBABLY WILL NOT CALL |
|---|---|---|---|---|
| 1. | Levi McCathern; McCathern, Works with Jerral Jones and has disclosed the relationship between Jones and Davis to several people. | | X | |
| 2. | Jennifer Lane; Employer unknown, Was told about Plaintiff and Defendant's relationship by Levi McCathern | | X | |
| 3. | Shy Anderson; Jennifer Lane; Employer unknown, Was told about Plaintiff and Defendant's relationship by Levi McCathern | X | | |

Respectfully submitted,

BALEKIAN HAYES, PLLC

_/s/ Kris Hayes_         .
KRIS HAYES
State Bar No. 24031719
kris@bh-pllc.com
4144 N. Central Expy., Suite 1200
Dallas, Texas 75204
Telephone: (214) 828-2800
Facsimile: (214) 827-9671
**ATTORNEYS FOR THIRD PARTY DEFENDANT
CYNTHIA DAVIS-SPENCER**

## CERTIFICATE OF SERVICE

On May 7, 2024, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Eastern District of Texas, using the CM/ECF filing system. I hereby certify that I have served all counsel of record electronically or by another manner authorized by the Federal Rules of Civil Procedure

_/s/ Kris Hayes_         .
KRIS HAYES