IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ALEXANDRA DAVIS, | § |
| | § |
| Plaintiff/Counter-Defendant, | § |
| | § |
| v. | § CIVIL ACTION NO. 5:23-CV-00032-RWS |
| | § |
| JERRAL W. JONES, DALLAS COWBOYS FOOTBALL CLUB, LTD., JAMES WILKINSON, TRAILRUNNER INTERNATIONAL, LLC, DONALD JACK, JR., | § |
| | § |
| Defendants/Counter-Plaintiffs, | § |
| & | § |
| CYNTHIA DAVIS-SPENCER, | § |
| | § |
| Third-Party Defendant. | § |

## ORDER

Before the Court are Counter-Defendant Alexandra Davis's Motion for Leave to File Motion for Summary Judgment Under Seal (Docket No. 100) and Third-Party Defendant Cynthia Davis-Spencer's Motion for Leave to File Motion for Summary Judgment Under Seal (Docket No. 102). The motions are unopposed. Docket Nos. 100, 102. Having considered the motions, and because they are unopposed, the motions are hereby **GRANTED.** Accordingly, it is

**ORDERED** that Alexandra Davis's Motion for Summary Judgment (Docket No. 101) and Cynthia Davis-Spencer's Motion for Summary Judgment (Docket No. 103) shall be filed under seal.

So ORDERED and SIGNED this 16th day of May, 2024.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE