# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| JERRAL W. JONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:23-CV-00032-RWS |
| | § | |
| ALEXANDRA DAVIS, CYNTHIA DAVIS f/k/a CYNTHIA DAVIS-SPENCER | § § § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Jerral W. Jones's Motion to File Documents Under Seal. Docket No. 98. Jones seeks to file his reply in support of his Motion to Show Cause for Cynthia Davis-Spencer's Spoliated Evidence under seal. *Id.* Defendant Cynthia Davis-Spencer has not indicated whether she is opposed to the Jones's motion to seal. However, having reviewed the motion and Jones's reply, the motion is hereby **GRANTED**. Accordingly, it is

**ORDERED** that Jones's reply in support of his Motion to Show Cause for Cynthia Davis-Spencer's Spoliated Evidence (Docket No. 97) shall be filed under seal.

**So ORDERED and SIGNED this 17th day of May, 2024.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE