EXHIBIT
2

Civil Action No. 5:23-cv-00032-RWS; *Alexandra Davis v. Jerral W. Jones, et al. v. Cynthia Davis-Spencer*;     **Privilege Log**
In the Eastern District of Texas, Texarkana Division

## Privilege Log
(Documents withheld by Lisa Duffee, Esq.)

| Bates No. | Description of the Nature of the Document | Date | Author | Recipient | Privilege/ Exemption Claimed | Explanation |
|---|---|---|---|---|---|---|
| LD000001-000002 | *Initial Contact Checklist* (Notes generated when potential new client contacts Duffee + Eitzen LLP) | 06/25/21 | Lisa Duffee & Staff | Duffee Eitzen | Attorney-Client Privileged | Contains confidential communications or information made for consultation or to facilitate the rendition of professional legal services to the client; |
| | | | | | Attorney Work Product | Contains thoughts and materials prepared, and communications made, when lawyers and clients think litigation is possible. |
| LD000003 | Email Re: Cynthia Davis called for Lisa | 06/28/21 | Erica Vasquez | Linda Daniel; Lisa Duffee | Attorney-Client Privileged | Contains confidential communications or information made for consultation or to facilitate the rendition of professional legal services to the client; |
| | | | | | Attorney Work Product | Contains thoughts and materials prepared, and communications made, when lawyers and clients think litigation is possible. |

Civil Action No. 5:23-cv-00032-RWS; *Alexandra Davis v. Jerral W. Jones, et al. v. Cynthia Davis-Spencer*;   **Privilege Log**
In the Eastern District of Texas, Texarkana Division

| | | | | | | |
|---|---|---|---|---|---|---|
| LD000004 | Email Re: Cindy and Alexis Davis Zoom Conference | 07/13/21 | Cynthia Davis | Lisa Duffee; Linda Daniel | Attorney-Client Privileged | Contains confidential communications or information made for consultation or to facilitate the rendition of professional legal services to the client. |
| LD000005-000006 | Email Re: Cindy and Alexis Davis Zoom Conference | 07/13/21 | Lisa Duffee | Cynthia Davis; Linda Daniel | Attorney-Client Privileged | Contains confidential communications or information made for consultation or to facilitate the rendition of professional legal services to the client. |
| LD000007-000008 | Email Re: Cindy and Alexis Davis Zoom Conference | 07/13/21 | Linda Daniel | Lisa Duffee | Attorney-Client Privileged;<br><br>Attorney Work Product | Contains confidential communications or information made for consultation or to facilitate the rendition of professional legal services to the client;<br><br>Contains thoughts and materials prepared, and communications made, when lawyers and clients think litigation is possible. |
| LD000009-000010 | Email Re: Recommended Attorneys from Lisa Duffee | 07/19/21 | Linda Daniel | Cynthia Davis; Lisa Duffee | Attorney-Client Privileged | Contains confidential communications or information made for consultation or to facilitate the rendition of professional legal services to client. |
| LD000011-000012 | Email Re: Recommended Attorneys from Lisa Duffee | 07/19/21 | Cynthia Davis | Linda Daniel; Lisa Duffee | Attorney-Client Privileged | Contains confidential communications or information made for consultation or to facilitate the rendition of professional legal services to client. |

Civil Action No. 5:23-cv-00032-RWS; *Alexandra Davis v. Jerral W. Jones, et al. v. Cynthia Davis-Spencer*;   **Privilege Log**
In the Eastern District of Texas, Texarkana Division

| LD000013-000021 | Email Re: Fw: Documents | 09/09/21 | Cynthia Davis | Lisa Duffee | Attorney-Client Privileged | Contains confidential communications or information made for consultation or to facilitate the rendition of professional legal services to the client (transmitting what appear to be earlier attorney-client privileged documents). <br><br> *09/17/21 email (LD000022) clarifies the purpose of this communication. |
| --- | --- | --- | --- | --- | --- | --- |
| LD000022 | Email Re: Regarding our last meeting | 09/17/21 | Cynthia Davis | Lisa Duffee | Attorney-Client Privileged | Contains confidential communications or information made for consultation or to facilitate the rendition of professional legal services to client. |
| LD000023 | Text Messages | 06/28/21 07/10/21 07/12/21 07/12/21 07/13/21 | Cynthia Davis Cynthia Davis Lisa Duffee Cynthia Davis Cynthia Davis | Lisa Duffee Lisa Duffee Cynthia Davis Lisa Duffee Lisa Duffee | Attorney-Client Privileged | Contains confidential communications or information made for consultation or to facilitate the rendition of professional legal services to client. |
| LD000025-000026 | Text Messages | 09/09/21 09/10/21 09/28/21 | Cynthia Davis - Lisa Duffee | Lisa Duffee - Cynthia Davis | Attorney-Client Privileged | Contains confidential communications or information made for consultation or to facilitate the rendition of professional legal services to client. |
| LD000036-000037 | Text Messages | 03/09/22 - 03/10/22 | Lisa Duffee - Cynthia Davis | Cynthia Davis - Lisa Duffee | Attorney-Client Privileged | Contains confidential communications or information made for consultation or to facilitate the rendition of professional legal services to client. |

Page **3** of **4**

Civil Action No. 5:23-cv-00032-RWS; *Alexandra Davis v. Jerral W. Jones, et al. v. Cynthia Davis-Spencer*;   **Privilege Log**
In the Eastern District of Texas, Texarkana Division

| LD000038-000041 | Text Messages | 03/31/22 | Cynthia Davis - Lisa Duffee | Lisa Duffee - Cynthia Davis | Attorney-Client Privileged | Contains confidential communications or information made for consultation or to facilitate the rendition of professional legal services to client. |
|---|---|---|---|---|---|---|
| LD000051-000052 | Text Messages | 05/31/22 - 06/01/22 | Cynthia Davis - Lisa Duffee | Lisa Duffee - Cynthia Davis | Attorney-Client Privileged | Contains confidential communications or information made for consultation or to facilitate the rendition of professional legal services to client. |
| LD000053 | Text Messages | 08/16/21 | Alexandra Davis | Lisa Duffee | Attorney-Client Privileged | Contains confidential communications or information made for consultation or to facilitate the rendition of professional legal services to client. |
| LD000060-000067 | Handwritten Notes from Prospective Client Meeting | undated | Lisa Duffee | None (For Lisa Duffee's File) | Attorney-Client Privileged<br><br>Attorney Work Product | Contains confidential communications or information made for consultation or to facilitate the rendition of professional legal services to client; Contains thoughts and materials prepared, and communications made, when lawyers and clients think litigation is possible. |
| LD000068 | Typed Notes | 07/08/21 | Duffee Eitzen Staff | None (For Lisa Duffee's File) | Attorney-Client Privileged<br><br>Attorney Work Product | Contains confidential communications or information made for consultation or to facilitate the rendition of professional legal services to client; Contains thoughts and materials prepared, and communications made, when lawyers and clients think litigation is possible. |

Page **4** of **4**