EXHIBIT
3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | |
|---|---|
| ALEXANDRA DAVIS,<br>*Plaintiff/Counter-Defendant,*<br><br>vs.<br><br>JERRAL W. JONES, DALLAS COWBOYS FOOTBALL CLUB, LTD., JAMES WILKINSON, TRAILRUNNER INTERNATIONAL, LLC, and DONALD JACK, JR.,<br>*Defendants/Cross-Plaintiff,*<br><br>vs.<br><br>CYNTHIA DAVIS-SPENCER,<br>*Third-Party Defendant.* | CIVIL ACTION No. 5:23-cv-00032-RWS<br><br>JURY TRIAL DEMANDED<br><br>ORAL HEARING REQUESTED |

### CYNTHIA DAVIS-SPENCER DAVIS' PRIVILEGE LOG

TO:   JERRAL W. JONES, DALLAS COWBOYS FOOTBALL CLUB, LTD., JAMES WILKINSON, TRAILRUNNER INTERNATIONAL, LLC AND DONALD JACK, JR., by and through his attorney of record, Charles L. Babcock, David T. Moran, and Cody Martinez of Jackson Walker LLP, 1401 McKinney Street, Suite 1900, Houston, Texas 77010; and

David Folsom of Folsom ADR PLLC, 6002-B Summerfield Drive, Texarkana, Texas 75503.

CYNTHIA DAVIS-SPENCER, Third-Party Defendant, timely serves the following privilege log in accordance with Privilege Log FRCP 26(b)(5)(A)(ii).

Respectfully Submitted,

BALEKIAN HAYES, PLLC

_____
KRIS HAYES
State Bar No. 24031719
kris@bh-pllc.com
4144 N. Central Expressway, Suite 1200
Dallas, Texas 75204
(214) 828-2800 Telephone
(214) 827-9671 Facsimile
**ATTORNEYS FOR
CYNTHIA DAVIS-SPENCER**

## CERTIFICATE OF SERVICE

On April 23, 2024, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. I hereby certify that I will serve all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

_____
KRIS HAYES

## DOCUMENT PRODUCTION

| DESCRIPTION OF ITEM WITHHELD | PRIVILEGES |
|---|---|
| Communications, including but not limited to texts or emails, with the following:<br>**Kris Hayes**<br>**Lisa Duffee**<br>**Luke Gunnstaks**<br>**Michael Marcus**<br>**Jay Gray**<br>**Andrew Bergman** | We are withholding information which include communications by asserting the following privileges:<br><br>Attorney/Client Privilege TRE 503<br><br>Attorney Work-Product Privilege TRCP 192.5 |