EXHIBIT
4





Plaintiff 000290
App. 25



Plaintiff 000296

App. 26



App. 27

Plaintiff 000297