EXHIBIT
5

## Short Message Report

| Conversations: 1 | Participants: 2 |
| --- | --- |
| Total Messages: 16 | Date Range: 1/25/2022 - 1/26/2022 |

## Outline of Conversations

💬  **CHAT - 00015 - 2022/01/26** • 16 messages between 1/25/2022 - 1/26/2022 • Cindy Davis <+12147270706> • Donald T. Jack <(501) 529-2078>

Deposition Exhibit 82

**Messages in chronological order** (times are shown in GMT -06:00)

💬 **CHAT - 00015 - 2022/01/26**

| | | |
|---|---|---|
| CD | **Cindy Davis <+12147270706>** | 1/25/2022, 8:57 PM |

I'm sure you've already called Jason back so I will throw this out there one more time so I have exhausted every opportunity. If his client will meet with Alex tomorrow I will squash the subpoena and Alex will drop her suit. So it's up to them.

CD **Cindy Davis <+12147270706>**  1/25/2022, 9:00 PM
so now it's his decision not mine

DJ **Donald T. Jack <(501) 529-2078>**  1/25/2022, 9:29 PM
You are correct. I have talked to Jason for an hour and twenty minutes. I will talk to my client in the morning. Thank you! Where is Alex?

CD **Cindy Davis <+12147270706>**  1/25/2022, 9:30 PM
She's here. She flew in to go with me to the oncologist Thursday. Erika picked her up so they are headed here

CD **Cindy Davis <+12147270706>**  1/25/2022, 9:31 PM
So I didn't say anything because I wanted to talk to her first but I've decided that's what I'm will to do and can probably get her to agree. I'll speak with her shortly

DJ **Donald T. Jack <(501) 529-2078>**  1/25/2022, 9:33 PM
I am so proud of her. She is taking care of you. Stupid me. I still care.

CD **Cindy Davis <+12147270706>**  1/25/2022, 11:17 PM
Alex said to set up a meeting please contact her attorney

DJ **Donald T. Jack <(501) 529-2078>**  1/26/2022, 12:02 AM
It's about money. Renewed my faith in human nature.

CD **Cindy Davis <+12147270706>**  1/26/2022, 6:29 AM
Not true. She said she would do it but he will have to sign her birth certificate. I swear that's what she's wanting. We were up half the night and I have to work today. I'm exhausted

CD **Cindy Davis <+12147270706>**  1/26/2022, 8:39 AM
N

CD **Cindy Davis <+12147270706>**  1/26/2022, 12:47 PM
Sorry I slept on my phone 🙈

CD **Cindy Davis <+12147270706>**  1/26/2022, 1:02 PM
I took a sleeping pill at 7am and was late for work. Now Alex is mad at me and not talking to me. Apparently I don't speak for her

DJ **Donald T. Jack <(501) 529-2078>**  1/26/2022, 2:09 PM
If you and or Alex want to back away and regroup all is forgiven and you still have a very good friend. If not, I am no longer involved. It will be handled from there. I think that would be in your best interest. But, Alex may be right. I may just be an old fool. For sure I am old. Fool, who knows!

CD **Cindy Davis <+12147270706>**  1/26/2022, 2:15 PM
Well I guess I know what that means we will be number 2 and 3 on the lives he's going to destroy

CD **Cindy Davis <+12147270706>**  1/26/2022, 2:25 PM
And I was subpoenaed. Now I feel like he's threatening us

| | | |
|---|---|---|
| DJ | Donald T. Jack <(501) 529-2078> | 1/26/2022, 2:36 PM |
| | Sorry if that is how you took what I said. My bad. I am done. Take care. God Bless | |