IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **JERRAL W. JONES**<br>*Plaintiff*<br><br>VS.<br><br>**ALEXANDER DAVIS and CYNTHIA DAVIS<br>f/k/a CYNTHIA DAVIS-SPENCER**<br>*Defendants,* | CIVIL ACTION No. 5:23-CV-00032-RWS<br><br>JURY TRIAL DEMANDED |

### DEFENDANT'S VERIFIED MOTION FOR CONTINUANCE

NOW COMES Defendant, CYNTHIA DAVIS f/k/a CYNTHIA DAVIS-SPENCER ("Cynthia"), in the above-styled and numbered cause and files this *Defendant's Verified Motion for Continuance* requesting the Court to continue this cause from its present trial setting for the following reasons:

### I.

The above-referenced case is set for hearing on June 20, 2024 at 2:00 o'clock p.m.

### II.

This continuance is sought by Defendant so that justice may be done, and not for purposes of delay. The continuance is requested for the following reasons:

1. On June 4, 2024, this Court entered an Order on Jerral W. Jones' and the Dismissed Defendants' Motion for Sanctions for Destruction of Evidence Against Alexandra Davis and Cynthia Davi f/k/a Cynthia Davis-Spencer ("Motion for Sanctions") wherein the Court set a hearing on the Motion for Sanctions for June 20, 2024 (Dkt 121).

2. Counsel for Cynthia, Kris Hayes, has a jury trial commencing on June 20, 2024 at 9:00am

---

in the 254th District Court of Dallas County in Cause No. DF-22-11734, *In the Matter of the Marriage of Patel ("Patel Action")*, See Exhibit A.

3. HB 1182and 2384 which references Texas Gov't Code 71.035(a) has increased the information that courts must publish regarding their clearance rate of cases. As a result, many courts at the county and district levels are denying requests for a continuance. A motion for continuance was previously filed in the Patel Action by opposing counsel and denied by the Court on May 16, 2024. The opposing counsel again reargued their request on June 5, 2024 and the Court again denied the request.

4. As a result of the court's denial of the continuance requests and the representation made by the Court, the parties will be selecting a jury on the morning of June 20, 2024 and Defendant's counsel will be in trial at the time this hearing is scheduled to occur.

5. Defendant will be substantially prejudiced by the unavailability of her counsel, as Defendant's counsel is necessary to properly defend against Plaintiff's motion. The conflicting setting is due to no fault of Defendant and Plaintiff will not be prejudiced by a brief continuance. No other attorney is available to appear on Defendant's behalf.

### III.

WHEREFORE, Defendant, CYNTHIA DAVIS f/k/a CYNTHIA DAVIS-SPENCER, respectfully requests that this cause be removed from its present hearing setting of June 20, 2024 at 2:00 o'clock p.m. and be reset to a date and time where all parties and counsel are available.

Respectfully Submitted,

**BALEKIAN HAYES, PLLC**

_/s/ Kris Hayes_
KRIS HAYES
State Bar No. 24031719
kris@bh-pllc.com
4144 N. Central Expressway, Suite 1200
Dallas, Texas 75204
(214) 828-2800 Telephone
(214) 827-9671 Facsimile
**ATTORNEYS FOR DEFENDANT
CYNTHIA DAVIS f/k/a CYNTHIA DAVIS
SPENCER**

### CERTIFICATE OF SERVICE

On June 12, 2024, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. I hereby certify that I will serve all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).


_/s/ Kris Hayes_
KRIS HAYES

### CERTIFICATE OF CONFERENCE

On June 11, 2024, I attempted to contact all counsel for Plaintiff regarding the above Verified Motion for Continuance and Plaintiff has indicated that they are not able to state their position at this time. Due to the time limitations involved, Defendant files this motion for determination by the Court under the belief that Plaintiff is opposed.

On June 11, 2024, I contacted counsel for Defendant, Jay Gray regarding the above Verified Motion for Continuance and Defendant has indicated that she is NOT opposed to the continuance.

_/s/ Kris Hayes_
KRIS HAYES

## VERIFICATION

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF DALLAS** | § |

BEFORE ME, the undersigned authority, personally appeared KRIS HAYES, who stated, upon oath, that the statements made in the foregoing instrument are true and correct.

_____
KRIS HAYES

**SUBSCRIBED AND SWORN TO BEFORE ME** by the said KRIS HAYES on the 11th day of June 2024.

Ilse Valeria Moreno
My Commission Expires
9/7/2026
Notary ID 128380795

_____
Notary Public, State of Texas

# Exhibit A

## Case Information

DF-22-11734 | MEHULKUMAR PATEL vs. BINAKUMARI PATEL

| | | |
|---|---|---|
| Case Number<br>DF-22-11734<br>File Date<br>08/08/2022 | Court<br>254th District Court<br>Case Type<br>DIVORCE WITH CHILDREN | Judicial Officer<br>BROWN, KIM<br>Case Status<br>OPEN |

## Party

**RESPONDENT**
PATEL, BINAKUMARI M.

Active Attorneys ▼
Lead Attorney
MCCALL, JOHN PAUL
Retained

**PETITIONER**
PATEL, MEHULKUMAR B.

Active Attorneys ▼
Lead Attorney
HAYES, KRIS BALEKIAN
Retained

## Events and Hearings

08/01/2022 ISSUE CITATION

08/08/2022 NEW CASE FILED (OCA) - FAMILY

08/08/2022 ORIGINAL PETITION

08/18/2022 CITATION▼

Served
08/29/2022

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
08/31/2022
Comment
BINAKUMARI M. PATEL

08/31/2022 RETURN OF SERVICE ▼

Comment
EXECUTED CITATION - BINAKUMARI M PATEL

03/10/2023 *DISMISSAL FOR WANT OF PROSECUTION ▼

Judicial Officer
BROWN, KIM

Hearing Time
9:00 AM

Cancel Reason
REQUESTED BY ATTORNEY/PRO SE

05/12/2023 *DISMISSAL FOR WANT OF PROSECUTION ▼

Judicial Officer
BROWN, KIM

Hearing Time
9:00 AM

Cancel Reason
REQUESTED BY ATTORNEY/PRO SE

06/09/2023 *DISMISSAL FOR WANT OF PROSECUTION ▼

Judicial Officer
BROWN, KIM

Hearing Time
9:00 AM

Cancel Reason
REQUESTED BY ATTORNEY/PRO SE

06/15/2023 NOTICE OF APPEARANCE

06/15/2023 MOTION - CONTINUANCE

06/15/2023 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

Comment
ORDER ON MOTION FOR CONTINUANCE

06/20/2023 PROVE UP ▼

Original Type
PROVE UP

Judicial Officer(s)
BROWN, KIM, BROWN, KIM

Hearing Time
8:30 AM

Result
CASE CALLED

06/20/2023 ORDER - GRANTING CONTINUANCE

09/08/2023 *DISMISSAL FOR WANT OF PROSECUTION ▼

Judicial Officer
BROWN, KIM

Hearing Time
9:00 AM

Cancel Reason
REQUESTED BY ATTORNEY/PRO SE

10/23/2023 PRETRIAL ▼

Original Type
PRETRIAL

Hearing Time
2:30 PM

Result
HEARING HELD

Parties Present▲
  PETITIONER
    ATTORNEY: HAYES, KRIS BALEKIAN

RESPONDENT

   ATTORNEY: MCCALL, JOHN PAUL

10/23/2023 JUDGE DOCKET ENTRY ▼

Comment
PRETRIAL ORDER SIGNED

10/23/2023 ORDER - PRETRIAL ▼

Comment
SCFHEDULING ORDER

11/30/2023 RULE 11 ▼

Comment
RE: INVENTORIES & APPRAISEMENTS

01/31/2024 E-SERVED COPY OF ORDER ▼

Comment
E-SERVE COVER LETTER - ORDER - PRETRIAL

02/19/2024 MOTION - CONFER WITH CHILD

03/18/2024 PRETRIAL ▼

Original Type
PRETRIAL

Hearing Time
1:30 PM

Result
HEARING HELD

Parties Present ▲
PETITIONER

   ATTORNEY: HAYES, KRIS BALEKIAN

RESPONDENT

   ATTORNEY: MCCALL, JOHN PAUL

03/18/2024 ORDER - PRETRIAL CONFERENCE

04/09/2024 MOTION - WITHDRAW ATTORNEY ▼

Comment
WITHDRAW AS ATTORNEY IN CHARGE

04/09/2024 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

Comment
ORDER ON MOTION TO WITHDRAW

04/11/2024 MOTION - SUBSTITUTION OF COUNSEL

04/11/2024 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

Comment
ORDER SUBSTITUTION OF COUNSEL

04/18/2024 JUDGE DOCKET ENTRY ▼

Comment
Hardcopy of order granting substitution signed

04/18/2024 ORDER - SUBSTITUTE SERVICE ▼

Comment
ORDER ON WIFE'S MOTION FOR SUBSTITUTION OF COUNSEL

04/18/2024 E-SERVED COPY OF ORDER ▼

Comment
E-SERVE COVER LETTER - ORDER ON WIFE'S MOTION FOR SUBSTITUTION OF COUNSEL

04/18/2024 MOTION - CONTINUANCE

04/19/2024 E-SERVED COPY OF ORDER ▼

Comment
E-SERVE COVER LETTER - ORDER ON WIFE'S MOTION FOR SUBSTITUTION OF COUNSEL

04/26/2024 COUNTER CLAIM

04/26/2024 JURY DEMAND

05/01/2024 NOTICE OF HEARING / FIAT ▼

Comment
M/ CONTINUANCE

05/09/2024 NOTICE OF INTENT ▼

Comment
TO TAKE ORAL DEPOSITION

05/09/2024 DISCOVERY ▼

Comment
NOTICE OF DISCOVERY SUBPOENA TO A NONPARTY

05/14/2024 NOTICE OF HEARING / FIAT ▼

   Comment
   TEMPORARY ORDERS HEARING

05/15/2024 MOTION - TEMPORARY ORDERS ▼

   Comment
   AMENDED

05/15/2024 NOTICE OF HEARING / FIAT ▼

   Comment
   Notice of Hearing

05/16/2024 MOTION HEARING ▼

Original Type
MOTION HEARING

Judicial Officer
BROWN, KIM

Hearing Time
1:00 PM

Result
HEARING HELD

Comment
ZOOM

Parties Present▲
  PETITIONER

    ATTORNEY: HAYES, KRIS BALEKIAN

  RESPONDENT: PATEL, BINAKUMARI M.

    ATTORNEY: MCCALL, JOHN PAUL

05/16/2024 RULE 11 ▼

   Comment
   RULE 11 AGREEMENT

05/16/2024 NON-SIGNED PROPOSED ORDER/JUDGMENT ▼

   Comment
   AGREED ORER M/CONTINUANCE

05/20/2024 RULE 11 ▼

Comment
RULE 11 AGREEMENT

05/21/2024 MOTION - QUASH ▾

Comment
QUASH SUBPOENA DUCES TECUM & FOR PROTECTIVE ORDER

05/24/2024 RULE 11

05/28/2024 NOTICE OF HEARING / FIAT ▾

Comment
NOTICE OF HEARING

05/29/2024 RETURN OF SERVICE ▾

Comment
EXECUTED ATTORNEY ISSUED SUBPOENA HINA PATEL

05/29/2024 RETURN OF SERVICE ▾

Comment
EXECUTED ATTORNEY ISSUED SUBPOENA - CHHOTUBHAI PATEL

05/29/2024 MOTION - AMEND MISC ▾

Comment
SCHEDULING ORDER RESET BENCH TRIAL TO JRY TRIAL DOCKET

05/29/2024 DISCOVERY ▾

Comment
PETITIONER'S REQUIRED PRE-TRIAL DISCLOSURES

05/29/2024 DISCOVERY ▾

Comment
PETITIONER'S FIRST AMENDED PRETRIAL DISCLOSURES

05/30/2024 RESPONSE ▾

Comment
RESPONDENT WIFE REQUIRED PRETRIAL DISCLOSURES

05/31/2024 MOTION - LEAVE ▾

Comment
M/LEAVE DEPOSITION

05/31/2024 NOTICE OF HEARING / FIAT

05/31/2024 NOTICE OF HEARING / FIAT

05/31/2024 MOTION - AMEND MISC ▼

Comment
SECOND AMEND REQUIRED PRETRIAL DISCLOSURES

06/04/2024 MISCELLANOUS EVENT ▼

Comment
RESPONDENT AND OBJECTIONS TO M/QUEUASH

06/05/2024 TEMPORARY ORDERS HEARING ▼

Original Type
TEMPORARY ORDERS HEARING

Judicial Officer
BEDARD, LORNA

Hearing Time
9:00 AM

Result
HEARING HELD

Comment
ADD M/QUASH *& M/LEAVE

Parties Present▲
  PETITIONER

    ATTORNEY: HAYES, KRIS BALEKIAN

  RESPONDENT

    ATTORNEY: MCCALL, JOHN PAUL

06/05/2024 MOTION HEARING ▼

Original Type
MOTION HEARING

Judicial Officer
BROWN, KIM

Hearing Time
1:00 PM

Result
HEARING HELD

Comment
ZOOM

06/05/2024 ORDER - DENY ▼

Comment
M/LEAVE OF COURT TO TAKE ORAL DEPOSITION

06/05/2024 ORDER - QUASH

06/05/2024 DOCKET SHEET

06/20/2024 JURY TRIAL ▼

Judicial Officer
BROWN, KIM

Hearing Time
9:00 AM

06/21/2024 JURY TRIAL ▼

Judicial Officer
BROWN, KIM

Hearing Time
9:00 AM