# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| JERRAL W. JONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:23-CV-00032-RWS |
| | § | |
| ALEXANDRA DAVIS, CYNTHIA | § | |
| DAVIS f/k/a CYNTHIA DAVIS- | § | |
| SPENCER | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Opposed Motion for Continuance and Extension of Time to Respond to Jerral W. Jones and the Dismissed Defendants' Motion for Sanctions for Destruction of Evidence Against Alexandra Davis and Cynthia Davis-Spencer. Docket No. 130. Having reviewed Defendants' opposed motion and the deadlines contained in the Docket Control Order (Docket No. 38), it is

**ORDERED** that Plaintiff Jerral W. Jones respond to Defendants' Opposed Motion for Continuance (Docket No. 130) no later than **Friday, June 14, 2024 at 12 p.m. CDT.** No further briefing shall be permitted.

**SIGNED this 12th day of June, 2024.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE