IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| JERRAL W. JONES<br>*Plaintiff*<br><br>VS.<br><br>ALEXANDER DAVIS and CYNTHIA DAVIS<br>f/k/a CYNTHIA DAVIS-SPENCER<br>*Defendants*, | CIVIL ACTION NO. 5:23-CV-00032-RWS<br><br>JURY TRIAL DEMANDED |

## CYNTHIA DAVIS' NOTICE TO WITHDRAW

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant, Cynthia Davis f/k/a Cynthia Davis Spencer, hereby withdraws her *Defendant's Verified Motion for Continuance*.

Respectfully Submitted,

**BALEKIAN HAYES, PLLC**

 /s/ Kris Hayes         .

KRIS HAYES
State Bar No. 24031719
kris@bh-pllc.com
4144 N. Central Expressway, Suite 1200
Dallas, Texas 75204
(214) 828-2800 Telephone
(214) 827-9671 Facsimile
**ATTORNEYS FOR DEFENDANT
CYNTHIA DAVIS f/k/a CYNTHIA DAVIS
SPENCER**

**CERTIFICATE OF SERVICE**

      On June 14, 2024, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. I hereby certify that I will serve all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                              */s/ Kris Hayes*

                                              KRIS HAYES