# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| JERRAL W. JONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:23-CV-00032-RWS |
| | § | |
| ALEXANDRA DAVIS, CYNTHIA DAVIS f/k/a CYNTHIA DAVIS-SPENCER | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendant Cynthia Davis f/k/a Cynthia Davis-Spencer's Verified Motion for Continuance. Docket No. 131. Defendant Cynthia Davis filed a notice withdrawing the motion. Docket No. 145. The motion is also moot in light of the Court's order granting-in-part Defendants' motion for continuance to respond to Plaintiff's sanctions motion. *See* Docket No. 144. Accordingly, it is

**ORDERED** that Defendant's Verified Motion for Continuance (Docket No. 131) is **DENIED-AS-MOOT**.

So ORDERED and SIGNED this 17th day of June, 2024.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE