# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| JERRAL W. JONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:23-CV-00032-RWS |
| | § | |
| ALEXANDRA DAVIS, CYNTHIA | § | |
| DAVIS f/k/a CYNTHIA DAVIS- | § | |
| SPENCER | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendant Alexandra Davis's Motion to Partially Strike Docket No. 125 and Strike Docket No. 128 (Docket No. 162). Having reviewed Davis's opposed motion, it is

**ORDERED** that Plaintiff Jerral W. Jones shall file a response to Davis's motion (Docket No. 162) no later than **Friday, June 28, 2024.** Davis shall file her reply no later than **Monday, July 1, 2024**. It is further

**ORDERED** that this matter is **SET** for a hearing on **Tuesday, July 2, at 10 a.m.** in Texarkana, Texas.

**So ORDERED and SIGNED this 24th day of June, 2024.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE