IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

JERRAL J. JONES                          §
                                         §
V.                                       §          CIVIL NO. 5:23cv32
                                         §
ALEXANDRA DAVIS, et al                   §

---

MINUTES FOR MOTIONS HEARING AND PRETRIAL CONFERENCE
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
JULY 2, 2024

OPEN: 10:20 a.m.                                    ADJOURN: 4:52 p.m.

---

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF | Charles Babcock, Edwin Buffmire, David Folsom and Cody Martinez |
| ATTORNEYS FOR DEFENDANTS: | Jay Gray, Matt Keil, Erin Keil, Hailee Amox, Andrew Bergman and Kris Hayes |
| LAW CLERK: | Jordan Cowger |
| COURTROOM DEPUTY: | Betty Schroeder |
| COURT REPORTER: | Shelly Holmes |

---

| | |
|---|---|
| 10:20 a.m. | Case called, parties introduce themselves and announce ready, Court welcomes everyone and gives preliminary comments |
| 10:23 a.m. | Court proceeds with information regarding jury selection and trial matters; Plaintiff will receive 30 minutes for voir dire with each Defendant receiving 20 minutes each; for opening and closing, Plaintiff will receive 30 minutes and each Defendant will receive 20 minutes; and for trial, Plaintiff will receive l0 hours and each Defendant will receive 6 hours; jury panel of 75 with morning and afternoon panels; Court explains voir dire process with two panels; each party will receive three peremptory strikes; Mr. Babcock disagrees with each defendant getting three peremptory strikes; Mr. Gray responds; Ms. Hayes responds; Court responds; Defendants are to be addressed by first and last names; questionnaires can be picked up Thursday, the 18th,  at noon; Court discusses the jury instructions and |

verdict form; parties are to meet and confer and file joint instructions and verdict form by July 17; Court gives daily trial schedule; trial disputes to be placed on docket by 10:00 p.m. with responses filed by midnight; Court discusses procedure regarding exhibits; Court discusses sealing of courtroom, use of juror notebooks and questions from the jury

| | |
|---|---|
| 11:03 a.m. | Recess |
| 11:12 a.m. | Mr. Gray invokes the rule; no objection from Mr. Gray regarding Plaintiff's expert remaining in the courtroom |
| 11:13 a.m. | Mr. Babcock argues Motion for Sanctions (dkt. #120) |
| 11:38 a.m. | Court questions Mr. Babcock; Mr. Babcock responds |
| 11:48 a.m. | Court questions Mr. Babcock; Mr. Babcock responds |
| 12:03 p.m. | Mr. Gray responds to argument |
| 12:11 p.m. | Court questions Mr. Gray; Mr. Gray responds |
| 12:17 p.m. | Court questions Mr. Gray; Mr. Gray responds |
| 12:25 p.m. | Mr. Gray calls Alexandra Davis; witness sworn in |
| 12:26 p.m. | Mr. Gray begins direct examination of Ms. A. Davis |
| 12:41 p.m. | Mr. Babcock begins cross examination of Ms. A. Davis |
| 1:16 p.m. | Mr. Gray begins redirect examination of Ms. A. Davis |
| 1:19 p.m. | Ms. Hayes questions Ms. A. Davis |
| 1:24 p.m. | Objection by Mr. Babcock |
| 1:25 p.m. | Mr. Babcock begins recross examination of Ms. A. Davis |
| 1:33 p.m. | Recess |
| 2:38 p.m. | Mr. Gray gives final comments regarding objections to Motion for Sanctions |
| 2;41 p.m. | Mr. Babcock gives final comments regarding Motion for Sanctions in reference to Ms. Alexandra Davis |
| 2:44 p.m. | Ms. Hayes responds to Motion for Sanctions on behalf of Ms. Cynthia Davis |

| | |
|---|---|
| 2:46 p.m. | Court questions Ms. Hayes; Ms. Hayes responds |
| 2:52 p.m. | Court questions Ms. Hayes; Ms. Hayes responds |
| 3:04 p.m. | Mr. Babcock replies |
| 3:11 p.m. | Ms. Hayes responds |
| 3:12 p.m. | Court questions Ms. Hayes; Ms. Hayes responds |
| 3:15 p.m. | Ms. Hayes argues Motion to Exclude Evidence (dkt. #174) |
| 3:19 p.m. | Court questions Ms. Hayes; Ms. Hayes responds |
| 3:24 p.m. | Mr. Babcock replies |
| 3:25 p.m. | Mr. Gray argues Motion for Summary Judgment (dkt. #101) |
| 3:28 p.m. | Court questions Mr. Gray; Mr. Gray responds |
| 3:35 p.m. | Court questions Mr. Gray; Mr. Gray responds |
| 3:46 p.m. | Court questions Mr. Gray; Mr. Gray responds |
| 3:55 p.m. | Court questions Mr. Gray; Mr. Gray responds |
| 3:58 p.m. | Mr. Buffmire responds to argument |
| 4:07 p.m. | Court questions Mr. Buffmire; Mr. Buffmire responds |
| 4:12 p.m. | Mr. Gray replies |
| 4:12 p.m. | Mr. Buffmire responds |
| 4:13 p.m. | Court questions Mr. Buffmire; Mr. Buffmire responds |
| 4:16 p.m. | Ms. Hayes argues Motion for Summary Judgment (dkt. #103) |
| 4:20 p.m. | Mr. Buffmire responds to argument |
| 4:21 p.m. | Court questions Mr. Buffmire; Mr. Buffmire responds |
| 4:23 p.m. | Ms. Hayes replies |
| 4:25 p.m. | Court discusses remainder of hearing |

| | |
|---|---|
| 4:26 p.m. | Recess |
| 4:39 p.m. | Mr. Gray questions the Court; Court responds |
| 4:40 p.m. | Mr. Buffmire advises the Court the parties agree to Plaintiff's MIL#1; Court grants motion |
| 4:43 p.m. | Mr. Gray argues Defendants' MIL #1, 9 and 14; Court questions Mr. Gray; Mr. Gray responds; Mr. Babcock responds to argument; Court responds |
| 4:49 p.m. | Mr. Babcock discusses demonstratives used in today's hearing |
| 4:50 p.m. | Court gives final comments |
| 4:52 p.m. | Recess |