IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| JERRAL W. JONES<br>*Plaintiff,*<br><br>VS.<br><br>ALEXANDRA DAVIS and CYNTHIA DAVIS<br>f/k/a CYNTHIA DAVIS-SPENCER<br>*Defendants.* | CIVIL ACTION NO. 5:23-CV-00032-RWS<br><br>JURY TRIAL DEMANDED |

## JOINT FILING OF SEALED ORDERS

Pursuant to the Order of the Court as set forth in the attached Orders (Dkt. 195 & Dkt. 196), the parties have conferred and agree that no redactions are necessary and the attached Orders are being filed without redactions.

Respectfully submitted,

*/s/     Matt Keil*

**KEIL LAW FIRM, PLLC**
Matt Keil
State Bar No. 11181750
Erin Keil
State Bar No. 24120462
Hailee Amox
State Bar No. 24085176
406 Walnut Street
Texarkana, Arkansas 71854
870-772-4113
870-773-2967 [fax]
mkeil@kglawfirm.com
ekeil@kglaqwfirm.com
hamox@kglawfirm.com

**ATTORNEYS FOR ALEXANDRA DAVIS**

*/s/ Jay K. Gray*

**BERGMANGRAY LLP**
Jay K. Gray
State Bar No. 08324050
Andrew A. Bergman
State Bar No. 02196300
4514 Travis Street
Travis Walk, Suite 300
Dallas, Texas 75205
214-528-2444
214-599-0602 [fax]
gray@bergmangray.com
bergman@bergmangray.com
**LEAD COUNSEL**

**CERTIFICATE OF SERVICE**

On July 11, 2024, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court, which will send notice of electronic filing to all counsel of record.

*/s/Jay K. Gray*_____  
Jay K. Gray

**CERTIFICATE OF CONFERENCE**

On July 11, 2024, I conferred with Lead Counsel for Jerral W. Jones, Mr. Chip Babcock *via* email and he agreed that no redactions were necessary and that the attached Orders could be filed without redactions.

*/s/Jay K. Gray*_____  
Jay K. Gray
