# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| JERRAL W. JONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:23-CV-00032-RWS |
| | § | |
| ALEXANDRA DAVIS, CYNTHIA | § | |
| DAVIS f/k/a CYNTHIA DAVIS- | § | |
| SPENCER, | § | |
| | § | |
| Defendants | | |

## ORDER

Before the Court is Plaintiff Jerral W. Jones's Motion Regarding Alexandra Davis's Perjury and Failure to Produce Documents. Docket No. 200. Having reviewed the motion, it is

**ORDERED** that Defendants shall respond no later than **Tuesday, July 16, 2024, at 3 p.m.** No further briefing shall be permitted.

**So ORDERED and SIGNED this 11th day of July, 2024.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE