# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| JERRAL W. JONES<br>*Plaintiff*<br><br>VS.<br><br>ALEXANDRA DAVIS and CYNTHIA DAVIS<br>f/k/a CYNTHIA DAVIS-SPENCER<br>*Defendants.* | CIVIL ACTION NO. 5:23-CV-00032-RWS<br><br>JURY TRIAL DEMANDED |

## DEFENDANT DAVIS'S AMENDED EXHIBITS OFFERED

| Judge Robert W. Schroeder III | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|
| TRIAL DATE (S) | | | COURT REPORTER | COURTROOM DEPUTY |

| PL / Def. No. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|
| 1 | | | Email from Wilkinson to Van Natta (TRI 0000561-571; Ex. 4 to Wilkinson depo; Ex 7 to Jones depo) |
| 2 | | | Text Messages between Wilkinson and Van Natta (TRI 0000185-201; Ex. 5 to Wilkinson depo) |
| 3 | | | Email from Wilkinson to Van Natta (TRI 0000038-39; Ex. 8 to Wilkinson depo and Jones depo) |
| 4 | | | ESPN article dated 3/31/2022 (Ex. 13 to Wilkinson depo) |
| 5 | | | Email from Wilkinson to Van Natta (TRI 0000628; Ex. 15 to Wilkinson depo) |
| 6 | | | Email from Wilkinson to DMN (TRI 0000397-398; Ex. 18 to Wilkinson depo) |
| 7 | | | Email from Jack to Wilkinson (TRI 0000048-50; Ex. 31 to Wilkinson depo) |
| 8 | | | Letter from Andrew Bergman to Jerral W. Jones dated 1/5/2021[sic] (Ex. 3 to Jones depo) |
| 9 | | | Motion to Seal Original Petition from 192nd Judicial District Court, Dallas County, Texas (Plaintiff 000039-44) |
| 10 | | | Amended Certificate of Conference on Defendant's Motion to Seal Original Petition from 192nd Judicial District Court, Dallas County, Texas (Plaintiff 000045-47) |
| 11 | | | Temporary Sealing Order from 192nd Judicial District Court, Dallas County, Texas (Ex. 6 to Jones depo) |
| 12 | | | Letter to 192nd Judicial District Court, Dallas County, Texas from Levil McCathern dated 3/9/2022 re seal no longer necessary (Plaintiff 000065-66) |
| 13 | | | Email from Andrew Bergman to Jason Cohen (Plaintiff 000097)- |
| 14 | | | Email chain between Andrew Bergman and Chip Babcock (Plaintiff 000098-99) |
| 15 | | | Email chain between Andrew Bergman and Chip Babcock (Plaintiff 000100-000101) |
| 16 | | | Email chain between Andrew Bergman and Chip Babcock (Plaintiff 000102-104) |

| 17 | | | Email chain between Andrew Bergman and Chip Babcock (Plaintiff 000105-107) |
| 18 | | | Expert Report of Steve Watson |
| | | | The following exhibits may be offered in Rebuttal: |
| 19 | | | Defendant Jerral w. Jones's Counterclaims Against Plaintiff Alexandra Davis and Third-Party Complaint Against Cynthia Davis-Spencer w/Ex. A (Ex. 1 to Jones depo) |
| 20 | | | Respondent Jerral W. Jones's Motion for Final Summary Judgment with Exhibits from the 302nd Judicial District Court, Dallas County Texas, Cause no. DF-22-06306 |
| 21 | | | Respondent Jerral W. Jones's Response in Opposition to Petitioner's Motion for Genetic Testing with Exhibits from the 302nd Judicial District Court, Dallas County Texas, Cause |
| 22 | | | Relator's Record ISO Petition for Writ of Mandamus in the Fifth District of Texas Court of Appeals Cause No. 05-24-00241-CV |
| | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Respectfully submitted,

BY: */s/ Matt Keil*       */s/ Jay K. Gray*

**KEIL LAW FIRM, PLLC**      **BERGMANGRAY LLP**
Matt Keil      Jay K. Gray
TX State Bar No. 11181750      TX State Bar No. 08324050
mkeil@kglawfirm.com      gray@bergmangray.com
Erin Keil      Andrew A. Bergman
TX State Bar No. 24120462      TX State Bar No. 02196300
ekeil@kglawfirm.com      bergman@bergmangray.com
Hailee Amox      4514 Travis Street
TX State Bar No. 24085176      Travis Walk, Suite 300
hamox@kglawfirm.com      Dallas, Texas 75205
406 Walnut Street      Telephone: (214) 528-2444
Texarkana, Arkansas 71854      Facsimile: (214) 599-0602
Telephone: (870) 772-4113      **LEAD COUNSEL**
Facsimile: (870) 773-2967
**ATTORNEYS FOR ALEXANDRA DAVIS**

## CERTIFICATE OF SERVICE

On July 14, 2024, this document was transmitted electronically via electronic mail to all counsel of record in the case at their electronic mail addresses provided on the electronic case filing system of the Court.

>*/s/ Jay K. Gray*
>Jay K. Gray