**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| JERRAL W. JONES | |
|---|---|
| *Plaintiff* | |
| VS. | CIVIL ACTION NO. 5:23-CV-00032-RWS |
| ALEXANDRA DAVIS and CYNTHIA DAVIS f/k/a CYNTHIA DAVIS-SPENCER | JURY TRIAL DEMANDED |
| *Defendants.* | |

**ALEXANDRA DAVIS' AMENDED TRIAL WITNESS LIST**

Defendant Alexandra Davis, by and through her designated attorneys, pursuant to the Court's Docket Control Order entered in this case, files this Amended Trial Witness List for identification and categorization of trial witnesses.

At this time, Plaintiff identifies the following witnesses for trial:

| | WITNESS, employer, topic of testimony | WILL CALL | MAY CALL | MAY, BUT PROBABLY WILL NOT CALL |
|---|---|---|---|---|
| 1. | Alexandra Davis, US Government, Defendant Breach of Contract | yes | | |
| 2. | Jerral Jones, Self, Plaintiff, Breach of Contract | yes | | |
| 3. | Cynthia Davis, Grand Homes, Defendant, Breach of Contract | yes | | |
| 4. | Shy Anderson, unknown, breach of contract by Jerry Jones | yes | | |
| 5. | Charolette Jones, Dallas Cowboys, Breach of Contract by Jones | | yes | |
| 6. | Stephen Jones, Dallas Cowboys, breach of contract by Jones | | yes | |
| 7. | Jerry Jones, Jr, Dallas Cowboys, Breach of contract by Jones | | yes | |
| 8. | Eugenia Jones, None, Breach of contract by Jones | | yes | |

| 9.  | DeAynni Hatley, unknown, breach of contract by Jones | yes | | |
|---|---|---|---|---|
| 10 | Steve Watson, Computer Forensic Services, Expert regarding spoliation | yes | | |
| 11 | Michael Marcus, Attorney, Rebuttal Witness | | yes | |

                                                              Respectfully submitted,

| *BY: /s/ Matt Keil* | */s/ Jay K. Gray* |
|---|---|
| **KEIL LAW FIRM, PLLC** | **BERGMANGRAY LLP** |
| Matt Keil | Jay K. Gray |
| TX State Bar No. 11181750 | TX State Bar No. 08324050 |
| mkeil@kglawfirm.com | gray@bergmangray.com |
| Erin Keil | Andrew A. Bergman |
| TX State Bar No. 24120462 | TX State Bar No. 02196300 |
| ekeil@kglawfirm.com | bergman@bergmangray.com |
| Hailee Amox | 4514 Travis Street |
| TX State Bar No. 24085176 | Travis Walk, Suite 300 |
| hamox@kglawfirm.com | Dallas, Texas 75205 |
| 406 Walnut Street | Telephone: (214) 528-2444 |
| Texarkana, Arkansas 71854 | Facsimile: (214) 599-0602 |
| Telephone: (870) 772-4113 | **LEAD COUNSEL** |
| Facsimile: (870) 773-2967 | |
| **ATTORNEYS FOR ALEXANDRA DAVIS** | |

**CERTIFICATE OF SERVICE**

On July14, 2024, this document was transmitted electronically via electronic mail to all counsel of record in the case at their electronic mail addresses provided on the electronic case filing system of the Court.

/s/ Jay K. Gray
Jay K. Gray