IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JERRAL J. JONES | § | |
| | § | |
| V. | § | CIVIL NO. 5:23cv32 |
| | § | |
| ALEXANDRA DAVIS, et al | § | |

---

MINUTES FOR JURY SELECTION
HELD BEFORE JUDGE ROBERT W. SCHROEDER III
JULY 19, 2024

OPEN: 8:42 a.m.                                                                                                    ADJOURN: 1:37 p.m.

---

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF | Charles Babcock, Edwin Buffmire, Nancy Hamilton and Jason Bloom |
| ATTORNEYS FOR DEFENDANTS: | Jay Gray, Matt Keil, Erin Keil, Hailee Amox, Andrew Bergman, Kris Hayes and Emory Osborn |
| LAW CLERK: | Jordan Cowger |
| COURTROOM DEPUTY: | Betty Schroeder |
| COURT REPORTER: | Shelly Holmes |

---

| Time | Event |
|---|---|
| 8:42 a.m. | In chambers conference |
| 9:00 a.m. | Recess |
| 9:15 a.m. | Jury panel seated |
| 9:20 a.m. | Case called, parties introduce themselves and announce ready, Court welcomes everyone and gives preliminary comments |
| 9:37 a.m. | Panel members introduce themselves |
| 10:26 a.m. | Court introduces parties and attorneys for Plaintiff; questions panel regarding knowing anyone introduced; panel members respond |

| | |
|---|---|
| 10:30 a.m. | Mr. Babcock introduces witnesses that may be called; Court questions panel regarding knowing any of the witnesses; no response from panel members |
| 10:32 a.m. | Court introduces Alexandra Davis and attorneys for Alexandra Davis, questions panel regarding knowing anyone introduced; panel members respond |
| 10:37 a.m. | Mr. Keil introduces witnesses that may be called for Ms. Alexandra Davis; Court questions panel regarding knowing any of the witnesses; no response from panel members |
| 10:38 a.m. | Court introduces Cynthia Davis and attorneys for Cynthia Davis, questions panel regarding knowing anyone introduced; no response from panel members |
| 10:431 a.m. | Court continues with voir dire |
| 10:57 a.m. | Recess |
| 11:12 a.m. | Mr. Babcock begins voir dire for Plaintiff |
| 11:42 a.m. | Mr. Keil begins voir dire for Alexandra Davis |
| 11:54 a.m. | Ms. Hayes begins voir dire for Cynthia Davis |
| 12:07 p.m | Bench conference |
| 12:15 p.m. | Ms. Hayes continues with voir dire |
| 12:19 p.m. | Bench conference |
| 12:21 p.m. | Court gives instructions to panel members; asks certain panel members to stay for further questioning; others released for the day |
| 12:27 p.m. | Court questions panel member #11 |
| 12:29 p.m. | Bench conference |
| 12:30 p.m. | Panel member panel member #11 released |
| 12:30 p.m. | Court questions panel member #14 |
| 12:31 p.m. | Bench conference |
| 12:32 p.m. | Panel member panel member #14 not released |
| 12:34 p.m. | Court questions panel member #31; Mr. Babcock questions #31; Ms. Hayes |

|              |                                                                                                                                                          |
|--------------|----------------------------------------------------------------------------------------------------------------------------------------------------------|
|              | questions #31                                                                                                                                             |
| 12:40 p.m.   | Court questions #34                                                                                                                                      |
| 12:41 p.m.   | Mr. Babcock questions panel member #3                                                                                                                    |
| 12:43 p.m.   | Court questions panel member #17; Mr. Keil questions panel member #17                                                                                    |
| 12:47 p.m.   | Court questions panel member #25                                                                                                                         |
| 12:50 p.m.   | Court questions panel member #5                                                                                                                          |
| 12:53 p.m.   | Mr. Babcock questions panel member #36                                                                                                                   |
| 12:56 p.m.   | Court releases panel member #40 for the day                                                                                                              |
| 12:57 p.m.   | Parties advise they have no cause strikes other than an agreement that #24 is struck                                                                     |
| 1:03 p.m.    | Mr. Keil questions the Court regarding using the second panel; Court responds; parties are good with selecting the jury out of the morning panel         |
| 1:07 p.m.    | Recess                                                                                                                                                   |
| 1:31 p.m.    | Outside the presence of the panel members, the jury selected is announced; parties announce the jury is good; Court discusses Monday's schedule          |
| 1:37 p.m.    | Recess                                                                                                                                                   |