IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| JERRAL W. JONES,<br>    *Plaintiff,*<br><br>vs.<br><br>ALEXANDRA DAVIS and CYNTHIA<br>DAVIS f/k/a CYNTHIA DAVIS-SPENCER,<br>    *Defendants.* | CIVIL ACTION No.  5:23-cv-00032-RWS |

**JOINT REPORT ON DEFENDANTS' OBJECTIONS TO PLAINTIFF'S DEMONSTRATIVE GRAPHICS AND TRIAL EXHIBITS**

Jerral W. Jones ("Plaintiff" or "Jones") and Cynthia Davis and Alexandra Davis ("Defendants") report to the Court regarding the Plaintiff's demonstrative graphics and trial exhibits for the first day of trial as follows:

### I. BACKGROUND

Pursuant to the Court's Order, Plaintiff timely submitted Graphics to opposing counsel and then participated in a face-to-face meet and confer regarding them. Agreement was reached on all but three graphics. Those are numbered 108, 110 and 111, which are attached hereto.

### II. DEMONSTRATIVE GRAPHICS

On graphic 108 Defendants objection is  to the reference to Michael Marcus under the Aug. 14 date as "Alex's" lawyer because they say that Marcus was only representing Cynthia. Plaintiff argues that the referenced document speaks for itself and shows that Marcus was representing Cynthia both individually and in her representative capacity but that, in any event, the evidence will be before the jury as will the parties' contentions about it significance.

On Graphic 110 Defendants claim that the entire graphic references matters that the Court has limined out of the case. Plaintiff disagrees.

1

On Graphic 112 Defendants object to the term "Disaffirm Zone" in the red box. Plaintiff says that in life as in football there is a zone where you must score and the evidence will show that Alex Davis did not cross the goal line (1 year). Plaintiff does, however, apologize for mixing his metaphors.

### III. PLAINTIFF'S TRIAL EXHIBITS

Defendants served their objections to Plaintiff's previously served list of exhibits he plans to offer on Monday (July 22). Some limited agreement was reached at the face to face meet and confer and Defendants stated their preference to make objections before the jury at the time the Plaintiff's exhibits are offered

### IV. DEPOSITIONS EXCERPTS FOR STEVE WATSON

Defendants did not raise any objection to Plaintiff's deposition excerpts of Steve Watson.

### V. CONCLUSION

The parties ask the Court to accept these agreements and resolve their remaining disputes and for such other relief as to which they may be entitled.

| | |
|---|---|
| FOLSOM ADR PLLC | JACKSON WALKER LLP |
| */s/ David Folsom* | */s/Charles L. Babcock* |
| David Folsom | Charles L. Babcock |
| State Bar No. 07210800 | State Bar No. 01479500 |
| david@folsomadr.com | cbabcock@jw.com |
| 6002-B Summerfield Dr. | Nancy W. Hamilton |
| Texarkana, TX 75503 | State Bar No. 11587925 |
| (903) 277-7303 | nhamilton@jw.com |
| | 1401 McKinney Street |
| | Suite 1900 |
| | Houston, TX 77010 |
| | (713) 752-4210 |
| | (713) 752-4221 - Fax |
| | |
| | David T. Moran |
| | State Bar No. 14419400 |
| | dmoran@jw.com |
| | Edwin Buffmire |
| | State Bar No. 24078283 |
| | ebuffmire@jw.com |
| | Cody Martinez |
| | State Bar No. 24102146 |
| | cmartinez@jw.com |
| | 2323 Ross Avenue |
| | Suite 600 |
| | Dallas, TX 75201 |
| | (214) 953-6000 |
| | (214) 953-5822 – Fax |

**ATTORNEYS FOR PLAINTIFF JERRAL W. JONES**

**CERTIFICATE OF SERVICE**

On July 21, 2024, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Eastern District of Texas, using the electronic case filing system of the court. I hereby certify that I will serve all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                            */s/ Edwin Buffmire*
                                            Edwin Buffmire

**CERTIFICATE OF CONFERENCE**

I hereby certify that on July 21, 2024, Chip Babcock and Edwin Buffmire, counsel for Mr. Jones, conferred in person with Matt Keil , Erin Keil, and Hailee Amox, counsel for Alexandra Davis, and Kris Hayes, counsel for Cynthia Davis regarding the objections to Plaintiff's demonstratives, graphics and trial exhibits for the first day of trial, as well as the content of this Report. .

                                            */s/ Edwin Buffmire*
                                            Edwin Buffmire