# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| JERRAL W. JONES, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 5:23-CV-00032-RWS |
| ALEXANDRA DAVIS, CYNTHIA DAVIS f/k/a CYNTHIA DAVIS-SPENCER, | § § § § § | |
| Defendants | | |

## ORDER

Pursuant to the parties' agreement as stated on the record during the proceedings of July 23, 2024, and as reflected in the trial minutes (*see* Docket No. 225 at 3), all claims in above-captioned matter are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that any pending motions are **DENIED-AS-MOOT.**

The Clerk is directed to close the case.

**So ORDERED and SIGNED this 24th day of July, 2024.**

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE